**CONFORM COPY**

1   **JAMES A. ITALIA, CA Bar No. 212815**
     italia@italiaip.com
2   **ITALIA IP, INC.**
     **3500 West Olive Avenue, Suite 300**
3   **Burbank, California 91505**
     **Telephone:  (818) 973-2720**
4   **Facsimile:  (818) 973-2702**



5   Attorneys for Plaintiff,
     SKIN PRO INTERNATIONAL, INC.
6

7                    UNITED STATES DISTRICT COURT
8                    CENTRAL DISTRICT OF CALIFORNIA
9

10                                              CV11   01338  JSL  (Ex)

11   SKIN PRO INTERNATIONAL, INC.,          Case No.
     a company incorporated in the State of
12   Florida,                               **COMPLAINT FOR**
                                            **TRADEMARK INFRINGEMENT,**
13           Plaintiff(s),                  **FALSE DESIGNATION OF**
                                            **ORIGIN, UNFAIR**
14       vs.                                **COMPETITION AND TORTIOUS**
                                            **INTERFERENCE WITH**
15   ELITE SKIN CARE, LLC, a                **PROSPECTIVE ECONOMIC**
     California limited liability company,  **ADVANTAGE,**
16                                          **DEMAND FOR JURY TRIAL**
     LIZA WONG,
17
             Defendant(s).
18

19       Plaintiff, Skin Pro International, Inc. ("Skin Pro"), by and through its

20   attorneys, Italia IP, Inc. and Christie, Parker & Hale, LLP, files its complaint

21   against ELITE SKIN CARE, LLC and LIZA WONG ("Defendants"), for

22   injunctive relief and damages as follows:

23

24

25                    **Subject Matter Jurisdiction and Venue**

26       1.  This case is a civil action arising under the Trademark Laws of the

27   United States, 15 U.S.C. §§ 1051, *et seq.*, and 17 U.S.C. §§ 101, *et seq.*,

28

                                        -1-

**CONFORM COPY**

respectively.  This Court has subject matter jurisdiction over the claims in this Complaint which relate to trademark infringement pursuant to **15 U.S.C. § 1121, 17 U.S.C. § 501 and 28 U.S.C. §§ 1331 and 1338(a)**.

2.  This Court has supplemental jurisdiction over the claims in this Complaint that arise under state statutory and common law of the State of California pursuant to 28 U.S.C. § 1367 (a), because the state law claims are so related to the federal claims that they form part of the same case or controversy and derive from a common nucleus of operative facts.

3.  Venue is proper in this court pursuant to 28 U.S.C. §§ 1391(b) and 1400(a).  The infringing products which are the subject of this litigation are and have been distributed and offered for distribution in the Central District of California; the claims alleged in this action arose in the Central District of California; and, the Defendants transact business in the Central District of California.

### Parties and Personal Jurisdiction

4.  Plaintiff Skin Pro is a Florida corporation with its principal place of business at 1602 Alton Road, Suite 597, Miami Beach, Florida 33139.

5.  Defendant Elite Skin Care, LLC is a California limited liability company and upon information and belief, has its principal place of business at 800 South B Street, Suite 300, San Mateo, California 94401.

6.  Defendant Liza Wong is a California resident and upon information and belief, is an employee or agent of Elite Skin Care, LLC and has her principal place of business at 800 South B Street, Suite 300, San Mateo, California 94401.

### The Business of Plaintiff Skin Pro

7.  Skin Pro markets and sells skin care products under the "EliteSerum" and "EliteSkin" marks, collectively referred to herein as the "Elite" mark.

8.   Skin care products sold under Skin Pro's "Elite" mark include: "Elite HGF Youth Elixir," "Age Defying System," "DNA Rejuvenation System," "Elite V-Covery Cream," "Elite Eye Serum," "Elite Cryogenic Moisturizer," "Elite Telomere Cell Cream," "Elite Neck & Chest V-Covery," "Elite Wrinkle Eraser," "Elite Cellulite Repair" and "Elite Ultra Cleanser."  A screenshot of Skin Pro's ecommerce website showing Skin Pro's products sold under the "Elite" mark is attached to this Complaint as **Exhibit A**.  An image of "Elite V-Covery Cream" is attached to this Complaint as **Exhibit B.**  An image of "Elite Cryogenic Moisturizer" is attached to this Complaint as **Exhibit C.**

9.   Skin Pro has manufactured and sold its skin care related products bearing the "Elite" mark since at least as early as May of 2009.  Since its initial introduction of its skin care products under the "Elite" mark, Skin Pro has sold in excess of 25,000 units, resulting in sales in excess of $700,000.

10.   Skin Pro has made and continues to make a substantial investment of time, effort, and expense in the marketing of its products utilizing the "Elite" mark on its lines of skin care products.  Skin Pro advertises its "Elite" skin care products over the World Wide Web to the general public and distributors through its websites, www.eliteserum.com, www.eliteskin.com and www.eliteskin.net. Furthermore, Skin Pro produces and distributes a multi-color product catalog.  An example of Skin Pro's advertising and marketing materials is attached as **Exhibit D**.  The approximate annual budget that Skin Pro commits to the advertising and marketing of its "Elite" skin care products is $268,000.

11.   Skin Pro established a successful "Facebook" page on or about August of 2010 that it utilized to advertise and promote its "Elite" skin products by interacting with its customers and providing promotional codes.  In just two months Skin Pro's Facebook page had over 3,000 followers.

12.  Skin Pro's "Elite" skin care products have also been featured in internet, newspaper, and website articles.  Examples of such materials are attached to this Complaint as **Exhibit E**.

13.  Skin care products sold under Skin Pro's "Elite" mark have been sold with the help of distributors throughout the world with international distributors from Europe and Asia.  These distributors' display and offer for sale the skin care products bearing the "Elite" mark to members of the general public.

14.  Skin Pro's "Elite" lines of skin care products have had outstanding commercial success.  As a result, manufacturers, distributors and the public recognize Skin Pro's "Elite" lines and the "Elite" mark as designating an exclusive source, thereby creating a goodwill which inures to Skin Pro's benefit.

**The Business of Defendants Elite Skin Care, LLC and Liza Wong**

15.  Skin Pro is informed and believes that Defendants are service providers to the skin care industry and provide facials and other skin related services are also in the business of marketing and selling skin creams and related products.

16.  Skin Pro is informed and believes that Defendants have engaged in the marketing, manufacture, distribution, duplication and/or sale of skin care products that infringe Skin Pro's "Elite" mark.

17.  Defendants advertise skin creams and related cosmetic products under the "Elite Skin Care" mark through their website located at www.eliteskincare.com.  A screenshot of Defendants' website advertising the "Elite Skin Care" line is attached to this Complaint as **Exhibit F**.  Particular "Elite Skin Care" products, as depicted, are substantially similar to and confusingly similar to Skin Pro's "Elite" mark.

18.  Skin Pro is informed and believes that Defendants ordered their first skin care product from the parties' common manufacturer (the parties utilize the

same manufacturer for their products and each privately label their brands) bearing the "Elite Skin Care" mark on or about September of 2009 and did not begin selling or marketing skin care products under the "Elite Skin Care" mark until after that date.  In contrast, Skin Pro's first use in commerce of a skin care product bearing its "Elite" mark is as early as May 23, 2009.  See **Exhibit G** attached to this Complaint for an archived screenshot showing Skin Pro's use of the "Elite" mark in commerce as early as May 23, 2009.

19.  Defendants' first use in commerce of the "Elite Skin Care" mark associated with use of its own private label did not take place until at least after April 2009, and given the above information and web archive data available, it is likely after September 2009.  An archived screenshot of Defendants' website on April 13, 2009 is attached to this Complaint as **Exhibit H**.

20.  Defendant Liza Wong is the owner of United States Trademark Registration No. 2821236, which covers the "Elite Skin Care" mark in International Class 044 for "skin care salon services." The mark was registered on March 9, 2004.   Defendant's mark, however, is not registered in International Class 003, the appropriate class for the protection of skin care products.

21.  On or about September 30, 2010, Defendants filed a complaint with Facebook alleging its trademark rights were being infringed by Skin Pro's Facebook page.  As a result of Defendants' complaint, Facebook removed Skin Pro's page.  A copy of the email sent September 30, 2010 to Tim Schmidt, representing Skin Pro, is attached to this Complaint as **Exhibit I**.

22.  On or about January 17, 2011, Defendant Liza Wong filed a complaint with the National Arbitration Forum in an attempt to obtain Skin Pro's eliteskin.com and eliteskin.net domain registrations.

23.  Skin Pro is informed and believes that Defendant has sold unauthorized and infringing skin creams and related cosmetic products under the "Elite Skin Care" mark, which is confusingly similar to Skin Pro's "Elite" mark.

24.  Currently, Defendant is manufacturing, advertising and selling skin creams and related cosmetic products under the "Elite Skin Care" mark that are confusingly similar with respect to Skin Pro's products it offers under the "Elite" mark.

### First Cause of Action against All Defendants

(Infringement of an Unregistered Trademark 15 U.S.C. § 1125 (a))

25.  Skin Pro realleges and incorporates by reference each of the allegations contained in Paragraphs 1 through 24 of this Complaint as though fully set forth here.

26.  The "Elite" mark has acquired distinctiveness and secondary meaning in connection with skin care products by virtue of its extensive use by Skin Pro and is a protectable trademark of Skin Pro.

27.  Defendants' use in commerce of Skin Pro's "Elite" mark is likely to cause confusion, mistake or to deceive.

28.  The above-described acts of Defendants constitute trademark infringement in violation of 15 U.S.C. § 1125(a), entitling Skin Pro to relief.

29.  Defendant has unfairly profited from the trademark infringement alleged.

30.  By reason of Defendants' acts of trademark infringement, Skin Pro has suffered damages to the goodwill associated with its "Elite" mark.

31.  Defendants' acts of trademark infringement have irreparably harmed and, if not enjoined, will continue to irreparably harm Skin Pro.

32.  Defendants' acts of trademark infringement have irreparably harmed and, if not enjoined, will continue to irreparably harm the general public who has an interest in being free from confusion, mistake, and deception.

33.  By reason of Defendants' acts of trademark infringement, Skin Pro's remedy at law is not adequate to compensate it for the injuries inflicted by Defendant.  Accordingly, Skin Pro is entitled to injunctive relief pursuant to 15 U.S.C. § 1116.

34.  Defendants' acts of trademark infringement are willful and Skin Pro is entitled to damages, and that those damages be trebled under 15 U.S.C. § 1117.

35.  This is an exceptional case making Skin Pro eligible for an award of attorney's fees under 15 U.S.C. § 1117.

## Second Cause of Action against All Defendants
### (False Designation of Origin Under 15 U.S.C. § 1125(a))

36.  Skin Pro realleges and incorporates by reference each of the allegations contained in Paragraphs 1 through 35 of this Complaint as though fully set forth.

37.  Skin Pro's skin care products bearing the "Elite" mark have a unique and distinctive visual appearance that is recognizable to the purchasing public and identifies and distinguishes these products as products of Skin Pro.

38.  Defendants' use in commerce of the "Elite" mark for skin care products is likely to cause confusion, or to cause mistake, or to deceive the relevant public that Defendants' goods or service are authorized, sponsored or approved by or are affiliated with Skin Pro.

39.  The above described acts of Defendants constitute false designation of origin in violation of 15 U.S.C. § 1125(a), entitling Skin Pro to relief.

40.  Skin Pro is being damaged and is likely to be damaged in the future by Defendants' infringement by reason of the likelihood that purchasers of

-7-

Defendants' goods will be confused or mistaken as to source, sponsorship or affiliation of Defendants' skin creams and related cosmetic products.

41.  Defendants have unfairly profited from the actions alleged herein and will continue to unfairly profit and become unjustly enriched unless and until such conduct is enjoined.

42.  By reason of the above-described acts of Defendants, Skin Pro has suffered and will continue to suffer damage to the goodwill associated with Skin Pro's "Elite" skin care products.

43.  The above-described acts of Defendants have irreparably harmed and, if not enjoined, will continue to irreparably harm Skin Pro.

44.  The above-described acts of Defendants have irreparably harmed and, if not enjoined, will continue to irreparably harm the general public which has an interest in being free from confusion, mistake, and deception.

45.  By reason of the above-described acts of Defendants, Skin Pro's remedy at law is not adequate to compensate it for the injuries inflicted. Accordingly, Skin Pro is entitled to entry of injunctive relief pursuant to 15 U.S.C. §1116.

46.  The above-described acts of Defendants were willful and Skin Pro is entitled to damages, and that those damages be trebled, under 15 U.S.C. § 1117.

47.  This is an exceptional case making Skin Pro eligible for an award of attorneys' fees under 15 U.S.C. § 1117.

### Third Cause of Action against All Defendants

(Violation of California Unfair Competition Law)

48.  Skin Pro realleges and incorporates by reference each of the allegations contained in Paragraphs 1 through 47 of this Complaint as though fully set forth.

49.  Skin Pro is informed and believes that Defendants are in direct competition with Skin Pro.

50.  Defendants have infringed Skin Pro's protectable trademark and trade dress and sold infringing products in violation of Skin Pro's proprietary rights. Such acts constitute unfair trade practices and unfair competition under California Business and Profession Code §§ 17200, *et seq.*, and under the common law of the State of California.

51.  Pursuant to California Business and Professions Code § 17203, Defendants are required to disgorge and restore to Skin Pro all profits and property acquired by means of Defendants' unfair competition with Skin Pro.

52.  Due to the conduct of the Defendants, Skin Pro has suffered and will continue to suffer irreparable harm.  It would be difficult to ascertain the amount of money damages that would afford Skin Pro adequate relief at law for Defendants' acts and continuing acts.  Skin Pro's remedy at law is not adequate to compensate it for the injuries already inflicted and further threatened by Defendants.  Accordingly, Skin Pro is entitled to preliminary and permanent injunctive relief pursuant to California Business and Professions Code § 17203.

**Fourth Cause of Action against All Defendants**

(State Common Law Unfair Competition)

53.  Skin Pro hereby repeats and realleges paragraphs 1 through 52 hereinabove as though fully set forth herein.

54.  By its acts complained of herein, Defendants have engaged in unfair competition under the common law of the State of California.

55.  Skin Pro is informed and believes, and thereon alleges that the acts complained of herein were undertaken willfully and with the intention of causing confusion, mistake and deception.

56.  Because of Defendant's acts complained of herein, Skin Pro has suffered and will continue to suffer irreparable harm, and Defendants have unfairly profited and will continue to be unjustly enriched to an extent not presently ascertained, which irreparable harm and unjust enrichment will continue until enjoyed by order of this Court.

57.  Skin Pro is informed and believes and on that basis alleges that Defendants' conduct has been intentional and willful and in conscious disregard of Skin Pro's rights, and therefore, Skin Pro is entitled to exemplary or punitive damages under the common law of the State of California in an amount appropriate to punish Defendants and to make an example of Defendants to the community.

### Fifth Cause of Action against All Defendants

(Tortious Interference with Prospective Economic Advantage)

58.  Skin Pro hereby repeats and realleges paragraphs 1 through 57 hereinabove as though fully set forth herein.

59.  By its acts complained of herein, Defendants have engaged in tortious interference under the common law of the State of California.

60.  Skin Pro is informed and believes, and thereon alleges that the acts complained of herein were undertaken by the Defendants to disrupt the relationship between Skin Pro and its customers, which resulted in the loss of future economic benefits.

61.  Skin Pro is informed and believes, and thereon alleges that the acts complained of herein were undertaken willfully and with the intention of causing confusion, mistake and deception.

62.  Because of Defendants' acts complained of herein, Skin Pro has suffered and will continue to suffer irreparable harm, and Defendants have unfairly profited and will continue to be unjustly enriched to an extent not

-10-

presently ascertained, which irreparable harm and unjust enrichment will continue until enjoyed by order of this Court.

**Prayer for Relief**

**Therefore,** Skin Pro respectfully requests judgment as follows:

1. That the Court enter a judgment against Defendants that Defendants have:

   a) infringed the rights of Skin Pro's "Elite" trademark in violation of 15 U.S.C. § 1125;

   b) infringed the rights of Skin Pro in its trademark in violation of 15 U.S.C. § 1114;

   c) competed unfairly with Skin Pro at common-law and in violation of California Business and Professions Code § 17200;

   d) committed tortious interference with prospective economic advantage.

2. That each of the above acts was willful.

3. That the Court issue a Preliminary Injunction enjoining and restraining Defendants and its respective agents, servants, employees, successors and assigns, and all other persons acting in concert with or in conspiracy with or affiliated with Defendants, from:

   a) manufacturing, producing, selling, distributing, destroying, altering, or otherwise disposing of any skin creams and related cosmetic products that are in the possession of Defendants that are confusingly similar to Skin Pro's "Elite" trademark.

   b) destroying any documents, electronic files, models, molds, business records, or any other tangibly object pertaining to the copying, reproduction, manufacture, duplication, distribution, or advertisement of any such skin creams and related cosmetic products; and,

-11-

c) engaging in any other activity constituting an infringement of Skin Pro's "Elite" trademarks.

4. That Skin Pro be awarded damages for Defendants' trademark infringement, false designation of origin, unfair competition and tortious interference.

5. That Skin Pro be awarded Defendants' profits resulting from its infringement of Skin Pro's trademark rights.

6. That Defendants' be ordered to account for and disgorge to Skin Pro all amounts by which Defendants have been unjustly enriched by reason of the unlawful acts complained of.

7. The damages resulting from Defendants' willful infringement be trebled in accordance with the provisions of 15 U.S.C. § 1117.

8. That Skin Pro be awarded all profits and property acquired by means of Defendants' unfair competition with Skin Pro.

9. That Skin Pro be awarded all profits and property acquired by means of Defendants' tortious interference with Skin Pro.

10. That Skin Pro be awarded exemplary or punitive damages in an amount appropriate to punish Defendants and to make an example of Defendants to the community.

11. That the Court issue a Permanent Injunction enjoining and restraining Defendants and its respective agents, servants, employees, successors and assigns, and all other persons acting in concert with or in conspiracy with or affiliated with Defendants, from copying, reproducing, manufacturing, duplicating, disseminating, distributing, or using Skin Pro's "Elite" trademark.

12. That the Court issue an Order at the conclusion of the present matter that the Defendants "Elite Skin Care" cosmetic products infringing Skin Pro's "Elite" trademark be seized, impounded and destroyed.

13. That the Court award Skin Pro its reasonable attorney's fees pursuant to 17 U.S.C. § 505, 15 U.S.C. § 1117, and any other applicable provision of law.

14. That the Court award Skin Pro its costs of suit incurred herein.

15. That Skin Pro be awarded such other relief as may be appropriate.

DATED: February 10, 2011                    Respectfully submitted,

ITALIA IP



By _____

James A. Italia

-13-

1

## DEMAND FOR TRIAL BY JURY

2

3      Plaintiff hereby demands a trial by jury to decide all issues so triable in this

case.

4

DATED:  February 10, 2011          Respectfully submitted,

5                                                                ITALIA IP

6

7                                                                By 

8                                                                    James A. Italia

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-14-

# EXHIBIT A

2/9/2011                                    Skin Care Products | Best Skin Treatments...

0 Items(s)  Current Total: $0.00   View - Checkout

HOME PAGE        PRODUCTS        TESTIMONIALS        STORE POLICIES        CONTACT

## Browse Our Full Collection of Skin Care and Wrinkle Treatment Products

Sort by: Select One ▼



**Elite HGF Youth Elixir "Airless Pump Version"**

Price $89.00

List Price: $109.00

You Save: $20.00 (18%)

More Details

Buy

**Age Defying System & DNA Rejuvenation System**

Price $199.99

More Details

Buy

**Complete Age-Defying System**

Price $129.00

List Price: $277.00

You Save: $148.00 (53%)

More Details

Buy



**Elite HGF Youth Elixir**

Price $109.00

List Price: $149.00

You Save: $40.00 (27%)

More Details

Buy



**DNA Rejuvenation System**

Price $139.00

List Price: $287.00

You Save: $148.00 (52%)

More Details

Buy



**Elite Eye Serum**

Price $99.00

List Price: $119.00

You Save: $20.00 (17%)

More Details

Buy









EXHIBIT A
PAGE 15

2/9/2011

Skin Care Products | Best Skin Treatments...






Elite Cryogenic Moisturizer

Price $59.00

List Price: $79.00

You Save: $20.00 (25%)

More Details

Buy


Telomere Cell Cream "Airless Pump Version"

Price $79.00

List Price: $99.00

You Save: $20.00 (20%)

More Details

Buy


Elite Neck & Chest V-Covery

Price $79.00

List Price: $99.00

You Save: $20.00 (20%)

More Details

Buy







Elite Wrinkle Eraser

Price $99.00

List Price: $139.00

You Save: $40.00 (29%)

More Details

Buy

Elite Telomere Cell Cream

Price $99.00

List Price: $109.00

You Save: $10.00 (9%)

More Details

Buy

Extreme Cleansing Gel

Price $24.00

More Details

Buy









Elite Cellulite Repair

Price $59.00

List Price: $89.00

You Save: $30.00 (34%)

More Details

Buy

Cellular Moisturizing Gel

Price $37.00

More Details

Buy

Wrinkle System 2-Minute Wrinkle Drill

Price $120.00

List Price: $145.00

You Save: $25.00 (17%)

More Details

Buy








EXHIBIT ___A___
PAGE ___16___

2/9/2011                                    Skin Care Products | Best Skin Treatments...



**Dark Circle Serum**

Price $65.00

More Details

Buy

**Instant Face Lift**

Price $56.00

More Details

Buy

**Wrinkle System Wrinkle Reduction Cream**

Price $62.00

More Details

Buy

**Elite Ultra Cleanser**

Price $49.00

List Price: $69.00

You Save: $20.00 (29%)

More Details

Buy

**Wrinkle System Therapeutic Sunblock SPF 40**

Price $44.00

More Details

Buy

HOME  |  PRODUCTS  |  TESTIMONIALS  |  STORE POLICIES  |  MY ACCOUNT  |  CONTACT

Copyright © EliteSkin.com

EXHIBIT   A
PAGE ___ 17

# EXHIBIT B



EXHIBIT _B_
PAGE _18_

# EXHIBIT C



EXHIBIT ___C___
PAGE ___19___

# EXHIBIT D





EXHIBIT D
PAGE 20

# EXHIBIT E-1

2/2/2011                              Elite Skin Delivers the Most Complete Ant...

Home   Promote *Everything* About Your Business on PR.com                    Join Now    Sign In

PR.com

PRESS
RELEASES

Business Directory | Products | Services | Jobs | Articles | Press Releases

Search:  Press Releases ▾    All press releases ▾    [                    ]   Search

                                                          Submit Your Press Release

News by Category  |  News by Country  |  News by US Region  |  Recent News  |  Add PR.com Press Releases to Your Website

▶ Press Releases

## Scientific Skin Care

**PRESS RELEASE**                          Share                          Blog

Receive press releases from Scientific Skin Care: **By Email**          **PDF Version** 📄    **RSS Feeds:** [XML] [MY YAHOO!]

## Elite Skin Delivers the Most Complete Anti Aging System

*Until this week, Elite Skin was only known for their success with a therapeutic eye serum, called Elite Serum. The flagship product of Elite Skin, the Elite Serum has been a popular eye cream that was been well covered by anti aging portals such as EyeCream.com. After six months of research, development, and rigorous product testing, Elite Skin has launched three exclusive anti aging creams, including what some review portals are calling "The Most Complete Anti Aging System Ever."*

Miami, FL, October 25, 2009 --(PR.com)-- The Age Defying System by Elite Skin is comprised of three cutting-edge anti aging products.



The Wrinkle Eraser, an anti wrinkle cream that works to reduce wrinkle depth with it's formula that includes Matrixyl 3000, (Palmitoyl Tetrapeptide-7) Argireline, (acetyl hexapeptide-3) and Leuphasyl. If you aren't familiar with Leuphasil, there is an extensive research report put out by Centerchem that talks about the synergistic effect of the ingredient working with Argireline.

According to the study, "When LEUPHASYL® couples to the receptor, a conformational change initiates a cascade inside the neuron that results in a decrease of its excitability: the nerve cell's activity is "turned down" and the release of acetylcholine is modulated. Muscle contraction will be relaxed and therefore, expression wrinkles will be diminished."

The system then works to cure neck wrinkles and sagging skin that develops on the neck and jawline by introducing the V-Covery Cream, an anti aging breakthrough that is applied to the upper chest and neck area. This "V-Zone" is often times forgotten by skin care aficionados, but due to the neck's constant exposure to the sun, it needs to be treated with the latest blends of scientific ingredients in order to stay firm and remain healthy-looking. Many people use this neck & chest cream to treat "turkey neck," a common complaint among men and women as they start to realize sun damage in the V-Zone.

With wrinkles and other signs of aging treated from the upper chest and above, the final component is the heralded Elite Serum. The Elite Serum has made fans of many consumers over the last year, and it's success has been well documented on wrinkle cream review blogs. Working to reduce dark under eye circles, eye bags, and puffiness, the Elite Serum is a formula applied to clean skin in the AM and PM. This formula was the first eye cream that combined scientific, laboratory-tested cosmeceuticals with the latest anti aging ingredients. The powerful formula features Haloxyl, Eyeliss, Argireline, and Gaba, and also has a small concentration of resveratrol. This formula led Elite Skin into the upper tier of the Cosmeceutical industry and helped create a benchmark for future anti aging eye creams.

The Elite Skin Age Defying System is available immediately at EliteSkin.com.

###

**Contact Information**

Elite Skin
Doug Holliday
800-575-2065
support@skincarebilling.com

EXHIBIT E-1
PAGE 21                        1/2

2/2/2011                    Elite Skin Delivers the Most Complete Ant...

www.eliteskin.com

**Click here to view the list of recent Press Releases from Scientific Skin Care**

Promote Your Business          Affiliate Program          Link To Us          Email this page to a friend

Contact Us     About Us     Terms of Use     Help

EXHIBIT 2-1
PAGE 22

# EXHIBIT E-2



**Apply Today!**
Let the rest of the plastic surgery and aesthetic industry know how you are redefining best practices and shaping the face of this industry.
CLICK NOW FOR MORE INFORMATION

# PSP
## PLASTIC SURGERY PRACTICE

Subscribe | Advertise | About Us | Contact Us | Home
[search]

Home | News | Buyer's Guide | Face | Breast | Body | Skin Care & Aesthetics | Practice Management | Products | Expert Insight | Archives

**Issue Stories**

Subscribe to Issue Stories

**PRODUCT NEWS**

Plastic Surgery Practice - November 2009

**Compiled by Deborah Overman**

### WEB-BASED BUSINESS AUTOMATION

Mojo Interactive, Orlando, Fla, launches PracticeDock, a Web-based platform that provides medical professionals with powerful tools to effectively grow their practices. It enables physicians to identify, connect, and communicate with prospective patients to cost-effectively optimize their marketing efforts. Allowing medical practices to incorporate business automation and data tools essential for business development, PracticeDock acts as a metrics-driven marketing manager continuously updating users with visual reporting and real-time stats on how their Internet marketing campaigns are performing.



**Mojo Interactive**
(407) 206-0700
www.mojointeractive.com.

PSP
TOP
DOCTORS
2011
**Apply Today!**
Let the rest of the plastic surgery and aesthetic industry know how you are redefining best practices and shaping the face of this industry.
CLICK NOW FOR MORE INFORMATION



### DUAL LASER SYSTEM

Solta Medical Inc, Hayward, Calif, the manufacturer of the Fraxel laser-based system for fractional resurfacing, announces that its new Fraxel re:store Dual Laser System has received FDA 510(k) clearance. The unit adds a 1,927-nm wavelength, the first-ever application of a Thulium laser in the aesthetics market. It is optimized for both facial and large body areas to address clearance of pigmentation and other superficial skin conditions all in a single treatment.

**Solta Medical Inc**
(877) 782-2286
www.solta.com.



### ANTIAGING SYSTEM

The Age Defying System by Elite Skin Inc, Miami Beach, Fla, comprises new antiaging products. The Wrinkle Eraser cream works to reduce wrinkle depth with a formula that includes Matrixyl 3000 (Palmitoyl Tetrapeptide-7), Argireline (acetyl hexapeptide-3), and Leuphasyl. The system then works to cure neck wrinkles and sagging skin that develop on the neck and jawline by introducing the V-Covery Cream, an antiaging breakthrough that is applied to the upper chest and neck area. The powerful formula features Haloxyl, Eyeliss,

EXHIBIT _E-2_
PAGE _23_

Argireline, and Gaba, and also has a small concentration of resveratrol.

**Elite Skin Inc**
**(800) 575-2065**
www.eliteskin.com.



## PROBLEM-SOLVING BOOK

In *Plastic Surgery: Clinical Problem Solving* by Peter J. Taub, MD, and R. Michael Koch, MD, FACS, you learn how to manage commonly encountered problems in plastic and reconstructive surgery using a unique, case-based approach. Covering head, neck, trunk, extremities, and cosmetic concerns, this sourcebook uses numerous visual clinical scenarios to illustrate essential plastic and reconstructive surgical principles. Each chapter is organized by a well-illustrated case, followed by algorithms that take you through effective management strategies and clinically relevant information.

**McGraw-Hill Publishing**
**(212) 904-2000**
www.mcgrawhill.com.



## POST-TREATMENT FORMULA

ESBA Laboratories, Jupiter, Fla, offers Bump & Blemish®, which helps alleviate the appearance of redness and the other complications—razor bumps, razor burn, ingrown hairs, and the dark spots they leave behind—after waxing, sugaring, electrolysis, or laser hair-removal procedures. It promotes exfoliation, fights inflammation, and inhibits melangenesis, producing smooth and even-toned skin with time and regular use. Two sizes are available: a 4-ounce (120-mL) bottle or a 0.04-ounce (12-mL) roll-on.

**ESBA Laboratories**
**(800) 677-9299**
www.esbalabs.com.



## SKIN CARE PRODUCTS

PerfectRX offers lower pricing with the same concentration of active ingredients. Patients/clients using PerfectRX products report improvements in as little as 2 weeks with continuing results. Products contain the latest generation of active ingredients and the highest concentration available; Matrixyl 3000 with matrikines Pal-GHK and Pal-GQPR, Palmitoy Tri-peptide 3, Amino Acids, Oglie Peptides, Hexa-Peptides (Argirilene), Copper Peptide GHK-Cu, and more. Ask about private labeling.

**PerfectRX**
**(661) 251-1343**
www.perfectrx.net.



EXHIBIT _E-2_
PAGE _24_

2/2/2011                                      PRODUCT NEWS | November 2009 | Plast...

contact editor
|
print article

**LOOKING FOR EXPERT ADVICE?**             **MEDIA CENTER**

Experts here are                            **Interactive Media**              **Resources**
available to answer
all your questions!                                                            Calendar
                                            Blogs                    ▼         Consumer
Please contact us for more information about this                              Resources
feature, or to become an expert.            Archives                 ▼         Media Kit
                                            Newsletter               ▼         Advertiser
                                                                               Index
                                            Podcast Series           ▼         Editorial
                                                                               Advisory
                                                                               Board
                                                                               Reprints

Home   |   News   |   Buyer's Guide   |   Face   |   Breast   |   Body   |   Skin Care & Aesthetics   |   Practice Management   |   Products   |   Expert
                                                          Insight   |   Archives

CREATIVE VISIONS FOUNDATION    ARE YOU A CREATIVE ACTIVIST?

**ADDITIONAL ONLINE RESOURCES**

**Allied Media**                                            Subscribe | Advertise | About Us | Contact Us | Home

24X7mag                        Physical Therapy Products      search
Clinical Lab Products (CLP)    Plastic Surgery Practice
Orthodontic Products           Imaging Economics
The Hearing Review             RT Magazine
Hearing Review Products        Sleep Review
Rehab Management

Copyright © 2011 Allied Media, a division of Anthem Media Group | Plastic Surgery Practice | All Rights Reserved.
Privacy Policy | Terms of Service

EXHIBIT _E2_
PAGE _25_

# EXHIBIT E-3

Elsevier Business Intelligence

PUBLISHED SINCE 1980
$1,470 A YEAR

www.TheRoseSheet.com

# "*The Rose Sheet*" ®

## TOILETRIES, FRAGRANCES AND SKIN CARE

---

## THE NEWS THIS WEEK
### Vol. 31, No. 34          August 23, 2010

---

### Time Running Out On Animal Testing In EU With Replacement Tests Still Nowhere In Sight

- **EU's 2013 deadline in question with key non-animal tests still unavailable** – European Commission is soliciting "factual" comments on new report by experts suggesting that alternative tests for sensitive endpoints will not likely be available by 2013, when full animal-testing ban is to go into effect. EC must report back to European Parliament next year on state of alternative test strategies and will propose legislation "if appropriate," it says ....................................3

---

- ***EliteSkin*** **DNA Rejuvenation System includes cream to extend lifespan of cells** – Skin Pro International brand introduces Elite Telomere Cell Cream, featuring *Renovage*, which stimulates "skin's natural protection and [DNA] repair factors" to maintain telomere length, identified as a vital element in the process of skin aging. A clinical study of Renovage demonstrated improvement in sun spots and skin moisture in 100% of women treated ..................................7

---

To sign up for <u>FREE ONLINE ACCESS</u> to *"The Rose Sheet"* go to:

# WWW.THEROSESHEET.COM

---

### Beiersdorf Helping Teens In "Stressful" Situations With New *NIVEA* Deodorant

- **Beiersdorf R&D tackles problems of sweaty teens, under-applied sunscreen** – German firm released data in early August from study on an antiperspirant product for teens that uses active ingredient aluminum chlorohydrate to reduce stress-induced sweat secretion by almost half. Meanwhile, company's research using infrared imaging supports its "Think Twice" campaign urging consumers to apply and re-apply sunscreen .................................................5

- **Men's Grooming In Brief** – Unilever debuts *Axe Music* deodorant, body spray, shower gel and shampoo, supported by "One Night Only" concert series. For new *Dermension* line, "men are the focus, not the afterthought." More developments in men's grooming .........................................................................................8

- **Cosmetic/skin-care combinations advised with traditional makeup use down** – New study from the NPD Group indicates a 5% drop in makeup use from 2008. NPD's Karen Grant notes that women are responding to economic incentive of makeup products that also offer skin-care benefits .........................................................9

- **Coty's survey of salon pros does not support *Sally Hansen* preference claim** – National Advertising Division finds Coty's claim misleading that "9 out of 10" salon professionals prefer *Sally Hansen* Complete Salon Manicure to the leading salon brand. Supporting study comparing Sally Hansen to *OPI* polish did not test the latter fairly, had too small a sample size and was ineffectively blinded, NAD says........................................................................10

- **Skin Cancer Foundation adds UVA requirements to seal standards** – Move creates two different seals for products, one for "Daily Use" products and one for more intensive, "Active" formulas. Both require proof of UVA protection, bringing the group's criteria more in line with those proposed in FDA's draft sunscreen rule. Current seal holders have until May 2012 to comply with the updated guidelines..................................................11

---

© 2010 F-D-C Reports, Inc., an Elsevier company. All rights reserved. Reproduction, photocopying, storage or transmission by magnetic or electronic means is strictly prohibited by law. For bulk reprints of Elsevier Business Intelligence articles contact: Ken May, Elsevier, at 914-332-1419. Authorization to photocopy items for internal use is granted by Elsevier Business Intelligence, when the fee of $25.00 per copy of each page is paid directly to Copyright Clearance Center, 222 Rosewood Dr., Danvers, MA 01923, 978-750-8400. The Transaction Reporting Service fee code is: 1530-1222/10 $0.00 + $25.00. Violation of copyright will result in legal action, including civil and/or criminal penalties, and suspension of service.

EXHIBIT 2-3
PAGE 26

Elsevier
Business**Intelligence**

---

**THE NEWS THIS WEEK** (continued)                                                    **Page 2**

---

- **Procter & Gamble's *Cashmeratex* mark for hair-care preparations** – Mark published Aug. 17 for third-party review by the Patent & Trademark Office in its official weekly gazette ........................................................................................................ 12

# Marketing In Brief

***Z Mei:*** Brand created by natural medicine practitioner Janet Zand – author of "Smart Medicine for Healthier Living" – introduces Perfecting Eye Cream to complement its nighttime Correcting Eye Serum. Perfecting Eye Cream "offers all the benefits of the serum to our customers who want an eye treatment that's light enough to be worn throughout the day under makeup," according to the company. Product contains Z Meizome – brand's proprietary liposomic complex "rich in vitamins, minerals and ancient Oriental herbs" – to help "normalize and correct skin lipid chemistry, increasing elasticity while instantly reducing the appearance of fine lines and wrinkles" in delicate areas around the eyes, the company says. Available online, Perfecting Eye Cream costs $39.95 for 0.5 oz.

***Swedish Skin:*** Company launched in Chestnut Hill, Mass. is latest to tout benefits of Mibelle Biochemistry's ***PhytoCellTec*** technology featuring stem cells derived from "special" Uttwiler Spatlauber apple, shown to delay cell aging and stimulate human stem cells for anti-aging effects. Both Emerge Labs and Stem Cell Assurance incorporate the ingredient in their skin-care products, and Phyto is using wild apple stem cells in its ***Phytolium 4*** treatment to protect against hair loss and promote growth ("The Rose Sheet" Aug. 16, 2010). ***Swedish Skin*** highlights relative affordability of its Apple Rejuvenation Serum, which sells for $97 for 1 oz., claiming that "some similar new formulations including this ingredient sell for $300 and more." To raise awareness of its brand, Swedish Skin is leveraging social media and, in less than two weeks, has accumulated more than 1,200 followers on Facebook, it says.

***Listerine* line extension zeroes out alcohol:** Johnson & Johnson replaces alcohol with four essential oils in its ***Listerine Zero*** mouthwash, which claims to kill germs and freshen breath with a formula less intense than other antiseptics. Listerine Zero, in a Clean Mint flavor, launched Aug. 4 across food, drug and mass merchandise outlets, in four stock-keeping units ranging from 250 mL to 1.5 L. Suggested retail prices are from $3.89 to $8.49, J&J says.

---

# *"The Rose Sheet"*

FOUNDED 1939
www.therosesheet.com
www.ElsevierBI.com

Elsevier Business Intelligence
Editorial office:
5635 Fishers Lane, Suite 6000
Rockville, MD 20852
Phone: 240-221-4500
Fax: 240-221-4400

Customer Care:
1-800-332-2181 or 1-908-547-2159
Fax: 908-547-2165
E-mail: custcare@elsevier.com

*Editor in Chief:*
Chris Morrison – c.morrison@elsevier.com

*Executive Editor Consumer Products:*
Christopher Walker
240-221-4470 – c.walker@elsevier.com

*Managing Editor:*
Ryan Nelson
240-221-4416 – r.nelson@elsevier.com

*Reporters:*
Lauren Nardella
240-221-4456 – l.nardella@elsevier.com
Suzanne Blecher
212-462-1923 – s.blecher@elsevier.com

*Composition:*
Kristi O'Donnell

*Corporate Sales:*
Tom DePaul
John Lucas

*Commercial Sales Director:*
Ken May

*Business Development:*
Joshua Berlin

*Marketing Director:*
Mike Fergus

*VP of Corporate Services:*
Scott Breed

*VP of Commercial:*
Deanna Flanick

*VP of Content:*
David Cassak

*President:*
Gerard J. Stola

EXHIBIT 𝘌-3
PAGE 27

**"The Rose Sheet" (ISSN 1530-1222)** is published weekly (except the week of Christmas) by Elsevier Business Intelligence, 685 Route 202/206, Bridgewater, NJ 08807. The annual subscription rate is (1) $1,470 or (2) $770 for additional copies mailed in the same envelope with $1,470 subscription. Periodicals Postage paid at Rockville, MD and at additional mailing offices. POSTMASTER: Send address changes to Elsevier Business Intelligence, Atten: "The Rose Sheet", 685 Route 202/206, Bridgewater, NJ 08807. **In Japan, Elsevier Science KK** is the exclusive subscription representative for "The Rose Sheet." E-mail: jp.bkinfo@elsevier.com. URL: www.elsevierjapan.com. Telephone: 03-3589-6370. Fax: 03-3589-6371.

# EU's 2013 Deadline In Question With Key Non-Animal Tests Still Unavailable

A new report published by the European Commission suggests that non-animal alternatives for a number of tests probably will not be developed by the 2013 deadline to fully ban cosmetic ingredient animal testing in the EU.

The "Draft Report on Alternative Methods for Cosmetics Testing" says it could take up to 10 more years to create and validate non-animal tests for endpoints that were temporarily exempt from the marketing ban.

The report was developed by 37 experts proposed by cosmetic regulators, industry reps and animal welfare groups.

The 7th Amendment to the Cosmetics Directive phased-out both the testing of cosmetic ingredients on animals and the marketing of products tested on animals outside of the EU by March 2009 – with the exception of tests for which alternatives had not been developed yet.

Under the language of the Directive, those tests – for repeated dose toxicity, skin sensitization, carcinogenicity, toxicokinetics and reproductive toxicity – would be subject to a complete ban by March 11, 2013, "irrespective of the availability of alternative non-animal tests."

The Commission says it will need to inform the European Parliament in 2011, as part of its yearly report on the subject, if animal testing alternatives will not be available before the 2013 deadline. "If appropriate," it says, "the Commission will prepare a legislative proposal."

Stakeholders have until Oct. 15 to comment on the draft report. The EC emphasizes that it is seeking "factual" comments that "complement the information provided" rather then "editorial" comments.

A final report is expected to be published at the end of 2010 or early 2011, according to the European Center for the Validation of Alternative Method's website.

## Perspectives On State Of Alternative Tests

For repeated dose toxicity tests – used to identify "persistent or progressively deteriorating dysfunction of cells, organs or multiple organ

> *"If appropriate, the Commission will prepare a legislative proposal" in 2011 to accompany its report to the European Parliament on the state of animal testing alternatives.*

systems resulting from long-term exposure to a chemical" – experts estimated that methods for full animal replacement would not be available by 2013.

They did not give an estimate for when the tests might be developed, but cite the need for more research in understanding "mechanisms of toxicity and toxicity pathways" to help predict the impact of repeated doses.

There will be no full in vivo replacement methods for testing skin sensitization by the 2013 deadline either, the report says.

Experts estimate that at some point in the 2017-2019 range there will be in place the "scientific ability to make skin sensitization risk assessment decisions using a toolbox of non-animal test methods."

The EC notes that such projections take into consideration "how long it will take to develop and optimize such approaches up to a level that fulfills the ECVAM criteria for entering prevalidation." They do not reflect time needed for validation and regulatory acceptance.

Due to the complexity surrounding replacement tests for carcinogenicity, "clearly the timeline is expected to extend past 2013," report authors say.

There are several in vitro tests available, but they "will not be sufficient to fully replace animal tests needed to confirm the safety of cosmetic ingredients," they maintain. "Furthermore, those that are available to assess potential carcinogenicity are focused on hazard evaluation only and cannot currently be used to support a risk assessment."

Experts were not able to speculate on when an effective alternative strategy may be available.

In the area of toxicokinetics – how a chemical enters the body and what happens once it enters – alternative testing options are currently limited due to lack of alternative methods to determine renal excretion and absorption via inhalation.

Non-animal methods for evaluating toxicokinetics could be available as early as 2015, "given best

EXHIBIT 2-3
PAGE 29

working conditions, including resources in money and in manpower."

Gauging reproductive toxicity via alternative test methods is more than 10 years off, according to the report.

The endpoint poses a challenge due to its complexity and the "huge number of physiological mechanisms involved in mammalian reproduction which can be affected" by chemicals.

Skepticism about industry's ability to meet the testing ban's deadlines surfaced back in March 2004 with the "Report For Establishing The Timetable For Phasing Out Animal Testing For the Purpose Of The Cosmetics Directive" to the EC.

The report indicated the March 11, 2013 deadline might not be met, and suggested it could be postponed "in case of technical problems in meeting this deadline."

At the time of the report, an alternative skin sensitization test accepted by EU regulators could be 12 to 14 years away, and a non-animal method for assessing toxicokinetics could potentially be 12 years down the road, the report suggested.

"The necessity to have funds and human resources at R&D level is one of the major bottlenecks for obtaining alternative methods," the authors noted.

When it came to carcinogenicity, experts were unable to predict a deadline for full replacement of animal tests.

The EU's Scientific Committee on Cosmetic and Non-Food Products called the Directive's timeframe for implementing non-animal tests "unrealistic" in its July 2004 report, while ECVAM suggested a few months earlier that alterative tests could be fully available in 2019 ("The Rose Sheet" Aug. 30, 2004).

## Animal Groups Say Ban Has Weakened

The British Union for the Abolition of Vivisection and the European Coalition to End Animal Experiments take issue with the grouping of skin sensitization and carcinogenicity tests among tests exempt from the ban until 2013.

Marketing bans for those tests "were not conditional on non-animal alternatives being available," ECEAE Chief Executive Michelle Thew says in a release.

The EC holds that those tests fall under the umbrella of repeated-dose toxicity tests, which along with tests for reproductive toxicity and toxicokinetics were exceptions spelled out in the 7th Amendment to the Cosmetics Directive.

"The Commission considers that the mention of 'repeated-dose toxicity' in the Cosmetic Directive covers different endpoints, such as 'skin sensitization' and 'carcinogenicity,'" a spokeswoman for the EC told "The Rose Sheet" in an e-mail. "The reason for this grouping is that toxicological effects occur as a result of repeated dosing. This view has been held consistently by the Commission services since 2003 and has also been consistently communicated to the European Parliament and the Council."

According to Thew, the EC "appears to be extending the goalposts by including additional animal tests that need to pass the non-animal alternatives test."

The animal activist groups suggest that including skin sensitization and carcinogenicity weakens the Cosmetics Directive and is "unlawful."

BUAV also expressed concern over recently released data from the U.K.'s Home Office in the annual Statistics of Scientific Procedures on Living Animals Great Britain. The report indicated that experiments started on animals in 2009 fell just 1 percent from the year prior to 3.6 million, following an increase of 14 percent in 2008.

"The U.K. should be leading the way in reducing animal testing," Thew says. "Unfortunately, these latest statistics show there is a long way to go."

Issues surrounding animal testing have been discussed over the years at International Cooperation for Cosmetics Regulation meetings attended by regulators from the U.S., EU, Japan and Canada.

At its July 13-15 meeting in Toronto, the group opted to continue "to coordinate and to endorse" activities of the International Cooperation on Alternative Test Methods ("The Rose Sheet" Aug. 9, 2010).

– Lauren Nardella (l.nardella@elsevier.com)

EXHIBIT _2-3_
PAGE _29_

# Beiersdorf R&D Tackles Problems Of Sweaty Teens, Under-Applied Sunscreen

Beiersdorf's research and development program is turning out solutions to some interesting skin-care and hygiene challenges, including "emotional" sweating in teens and a lack of proper sunscreen application in the general population.

The Hamburg, Germany-based company released data in early August related to its R&D ventures in two areas of skin-related health – one under its *Nivea* underarm brand and the other under *Eucerin* sun care.

In its Aug. 2 release, Beiersdorf provides an overview of its work on an antiperspirant product for teens – with active ingredient aluminum chlorohydrate – that reduces stress-induced secretion of sweat by almost half, according to the company.

The technology is the basis for the recent launch of a Nivea *Menergy* line for boys and Nivea *Angel Star* range for girls in select regions of the world. Currently there are no plans to introduce the antiperspirant ranges in the U.S.

Study findings supporting claims for the antiperspirants, as well as their significance to teens, were published in the July issue of the International Journal of Cosmetic Science.

"Strong perspiration and unpleasant body odor are among the effects of puberty that greatly trouble some teenagers," especially given that sweat production and body odor are exacerbated in teens during emotional situations, the firm notes in its release.

Sweat glands are activated "much more quickly" by emotional triggers than by temperature changes, and "scientists at the Beiersdorf research center have succeeded in developing protection that effectively counters this problem," the company adds.

## Narrowing Sweat Glands With ACH

The study, led by Beiersdorf scientist Annette Martin, involved 20 female and 20 male adolescents (ages 16 to 18 years), whose axillary sweat and odor reactions to a "stressful" situation were tested using a standardized method.

Fourteen days prior to the study, subjects washed only with a natural soap and used an aluminum-free deodorant aerosol, and they abstained from using deodorant at all two days before testing.

Beiersdorf researchers applied the aluminum chlorohydrate formula to one armpit and left the other untreated on four consecutive days. The stress test was performed four hours after the last day's application.

Following the stress test, the researchers evaluated the amount of odor and sweat in both armpits. They compared the results to the sweat and odor produced in the subjects in a relaxed state at baseline and found that, on average, the teens produced 24 times more sweat when stressed. Girls' sweat levels rose more than 40 times during stressful moments while the boys experienced "significantly stronger" odor.

"Given these circumstances, developing effective, fast-acting and long-lasting protection was a real challenge," Dr. Heiner Max, director of Beiersdorf's body-care research division, stated in the release.

The researchers found the aluminum chlorohydrate in the formula effective because it dissolves when it comes into contact with perspiration, "acting to reduce sweat by narrowing the openings of the sweat glands," according to the study.

The antiperspirant, which also contains butane, isobutane, propane, cyclomethicone and butyloctanoic acid, led to a marked reduction in stress-induced sweat secretion – about 50 percent of that demonstrated by the untreated armpit.

"Our results clearly show that stress-induced axillary malodour of adolescents can be controlled effectively by ACH and the antimicrobial deodorant active butyloctanoic acid in combination with a perfume specifically designed to mask sweat odour," the study investigators state.

As previous studies have found that men aware of their own axillary odor feel less confident and less attractive to women, "strong deodorant protection might be especially helpful to male teenagers producing high amounts of axillary odour," they add.

The research follows on the heels of another breakthrough underarm study by Beiersdorf that is spurring work on ethnically sensitive deodorants. That study, also led by Martin and published in the Journal of Investigative Dermatology, identified a specific protein responsible for transporting the components of sweat odor to the skin's surface and found the protein is inactive in many people of Asian descent ("The Rose Sheet" Jan. 25, 2010).

EXHIBIT E-3
PAGE 30

## Infrared Light Exposes Chinks In Sun Protection

One day after its announcement regarding the antiperspirant study, Beiersdorf revealed that it also is exploring the problem of sunscreen under-application – and confirming that a problem exists – through the use of infrared technology.

The company notes in its Aug. 3 release that while most consumers know that UV rays are damaging to skin and that sunscreen use is important, many do not know that "how they apply sunscreen and how much they use are deciding factors in its effect."

Beiersdorf scientists, led by Elke Grotheer, R&D-Product Analytics, developed a way to use Fourier Transformation Infrared Imaging Spectroscopy to assess the level of UV protection skin is receiving.

The imaging technology "offers the possibility of combining together and representing chemical and spatial information," the company explains. Grotheer elaborates: "The color scale of the pictures goes from green to yellow to red in which green represents enough and red [indicates] too little applied UVA and UVB filters."

In Beiersdorf's studies, consumers were directed to apply sunscreen as they normally would. Grotheer et al. state: "For the very first time, the resulting IR-images visualize in a very demonstrative way that the amount mostly applied by consumers is only about one-fourth to one-third of the required amount," which Beiersdorf has identified as about 2 mg/cm$^2$.

"In order to convince consumers that in the future they need to use more sunscreen than they normally do now, we need visual and persuasive forms of information. ... We will be able to use pictures [from the imaging research] for advising and explaining how much sunscreen is required to consumers," Grotheer says.

A Beiersdorf rep said the firm likely will use infrared images from the study in fliers and other educational materials within doctor's offices.

According to the study authors, "it would also be possible to use this technique for the development of new formulations for sunscreen products with optimal distribution of UV filters at an early stage."

## Golden Rule For Sun Protection: "Think Twice"

Convincing consumers that they are not applying enough sunscreen is one challenge; communicating the amount they should be using is another.

In an Aug. 19 email to "The Rose Sheet," Simone Presto, M.D., medical manager for Beiersdorf, said that "today the recommendations for sunscreen application are miles away from being consumer friendly." Consumers "can hardly follow common recommendations like 'one ounce [or] enough to fill a shot glass' ... as you barely ever see people with a shot glass on the beach."

Beiersdorf observed in its clinical research that consumers generally applied too little sunscreen, but when prompted to apply the product again after 30 minutes, they ended up with coverage that was close to the recommended amount of UV filters.

Based on that finding, Beiersdorf has developed a "Think twice" promotional campaign behind its Eucerin sun-care brand. Rather than prescribing a dosage that may be difficult for consumers to conceptualize or measure out, the firm encourages consumers simply to apply as they normally do, but to follow up a half-hour later with an additional coat.

"This will be our task for the future, to recommend the 'Think twice' concept as a golden rule for Eucerin's sunscreen application," Presto said.

The antiperspirant and sunscreen areas of research are in line with the German company's new "Focus on Skin Care. Closer to Markets" strategy, which focuses on two "core" imperatives – improving skin-care R&D and meeting the needs of consumers on a regional basis ("The Rose Sheet" April. 5, 2010).

As part of that strategy, the company announced in March a reorganization that created a consumer division organized into three regional areas of responsibility – Europe, the Americas and Asia.

The changes are expected to help the company address the challenges of uneven international growth, increased competition from private label and a trend of consumers opting for lower-priced goods.

On Aug. 1, Peter Feld took over the Executive Board position for the European region from Chairman of the Executive Board Thomas B. Quaas, who manned the post during a transitional period.

During an Aug. 5 analyst presentation highlighting half-year results, Beiersdorf reported consumer sales growth of 2.6 percent for the period to $3.52 billion (€2.74 billion).

– *Eileen Francis*

EXHIBIT ⊆-3
PAGE ___ 31

August 23, 2010      "The Rose Sheet"      7

## *EliteSkin* DNA Rejuvenation Plan Includes Cream To Extend Lifespan Of Cells

*EliteSkin* introduces Elite Telomere Cell Cream as part of its DNA Rejuvenation System, positioning the company among a handful of cosmeceutical innovators combating aging on the level of telomeres – DNA strands that shorten as aging cells divide.

"Cells normally can divide only about 50 to 70 times, with telomeres getting progressively shorter, until the cells become senescent, die or sustain genetic damage that rapidly induces symptoms of age," the company explains online.

Priced at $89 online, Elite Telomere Cell Cream "works in a new and innovative way to reverse these imminent symptoms," according to Miami-based EliteSkin, which launched in early 2009 and was acquired by Skin Pro International in the first quarter of 2010.

Central to the cream's performance is *Renovage* (teprenone), an ingredient developed by Croda International's French subsidiary Sederma. According to the company, Renovage "helps to maintain telomere length and thus the lifespan of cells by promoting the skin's natural protection and repair factors involved in anti-stress, detoxification and telomere maintenance and DNA repair."

In a clinical study, 100 percent of women treated with Renovage experienced improvement in sun spots and skin moisture, Croda says. Meanwhile, more than 90 percent of subjects demonstrated reduced pore size and skin redness, and 75 percent saw improved skin tone, firmness and elasticity, the firm notes.

EliteSkin is an early adopter of the ingredient, and "we have really taken the bull by the horn and gotten the message out there about how we are working to repair DNA," Skin Pro President Timothy J. Schmidt told "The Rose Sheet" Aug. 18.

The company also was a pioneer in the use of resveratrol in skin-care products for its antioxidant benefits. That ingredient's capacity to prolong cell life has piqued the interest of the Estee Lauder Companies, among other large cosmetics firms ("The Rose Sheet" Sept. 22, 2008).

> *An early adopter of Renovage for its skin-care benefits, EliteSkin also was a pioneer in the use of resveratrol, which has piqued the interest of Estee Lauder researchers, among others.*

Other cosmeceutical brands using Renovage include *Jack Black* with its Protein Booster Skin Serum ($60 for 2 oz.) and *YBF* (Your Best Face) with its clarifying and tightening product called simply Boost ($65 for 1 oz.).

T.A. Sciences is taking a different approach to telomere-based skin care. The New York company has said it is developing a topical product containing *TA-65*, a molecule derived from a Chinese herb that stimulates the production of a key enzyme to help maintain telomeres. The firm already offers TA-65 in a number of nutraceutical products ("The Rose Sheet" Oct. 12, 2009).

**Cryogenic Cream Should Be Refrigerated**

EliteSkin's DNA Rejuvenation System also includes Elite Cryogenic Moisturizer, made with hyaluronic acid, squalane and the firm's New Sugar Technology.

NST "drastically improves water reserves and limits water loss" so that the skin is better equipped to cope with external aggressors, EliteSkin says.

Elite Cryogenic costs $89 and comes in a thermal-activated jar, which should be refrigerated for best results. When the product is ready for use, the label turns blue, the company says. "At this point, the moisturizer will be at its maximum temperature-derived potency of approximately 40° Fahrenheit."

In clinical tests, 42 percent of users experienced a reduction in skin roughness, 33 percent a reduction in fine lines and wrinkles, 51 percent an improvement in skin hydration, 31 percent an improvement in skin elasticity and 27 percent an improvement in new cell growth, according to EliteSkin.

Elite HGF Youth Serum rounds out the DNA Rejuvenation System. It features *Thymulen 4*, a "highly purified ingredient that compensates [for] the natural loss of thymic factors related to the decline of the thymus with age," strengthening

EXHIBIT  2-3
PAGE  32

cutaneous immune defenses and boosting epidermal cellular regeneration, EliteSkin says.

The product also contains human growth factors to promote skin renewal, as well as red and green seaweed extracts. It can be purchased for $109.

Skin Pro's Schmidt said the company is "looking to expand everywhere" but is in no rush to build a sales force or secure external distribution. He noted that currently the firm does 98 percent of EliteSkin sales online.

"We're 18 months old. We don't really have an outsourced sales team or anyone who's knocking on doors. ... We do very well online, and our location here near the port of Miami makes it really easy for us to distribute," the exec said.

He noted that nearly half of EliteSkin's orders come from overseas visitors to its website.

Skin Pro announced the launch of a loyalty program Aug. 16 – "Skin Pro Points" – that tracks purchases and awards customers credit toward future purchases. It also provides incentives to refer other potential customers to the program.

"With many technical upgrades implemented as well as groundbreaking new product launches, the future looks busy for the company," Skin Pro's Bill Taylor, customer service, noted in a recent release.

Schmidt added that "while we may be young [and] may be climbing the ladder up to the big leagues of skin care, we certainly are ahead of the learning curve and we won't release any products that we don't consider innovative."

– *Ryan Nelson (r.nelson@elsevier.com)*

# Men's Grooming In Brief

**Axe Music:** Unilever brand kicks off "One Night Only" concert series in support of new *Axe* Music line consisting of deodorant and bodyspray ($4.99), shower gel ($3.99) and shampoo ($4.97), available in most food, drug and mass retail doors. "A tribute to past and present music legends," products feature scent that combines "youthful, fruity and aromatic notes with sexy leather undertones and edge wood accords," according to Aug. 17 release. Rapper T.I. performed an "intimate secret show" at New York hot spot Capitale in Chinatown Aug. 16. Event details were released in days leading up to concert on T.I.'s official fansite and hours before the show through Axe social media platforms, firm says. Additional shows are planned across the country. Music fans are encouraged to stay tuned for concert information and to visit TheAxeEffect.com/Music for exclusive backstage interviews and chances to win prizes including concert tickets and travel accommodations.

**Dermension:** Created by entrepreneur Phillip Harris and cosmetologist Jen McArthur, brand introduces premium natural anti-aging skin-care system for which "men are the focus, not the afterthought," according to recent release. *Dermension* addresses gender-specific skin-care problems, "giving men both the education and the tools to make a smooth, clean, clear complexion facial-care regimen part of their everyday lives," company says, adding that "products are engineered to ensure fast, unparalleled professional results in an easy-to-understand package." Products include Protein Infused Face Wash, Ingrown Hair Daily Repair and Ultra Recovery Moisturizing Spray, which sell for $15, $20 and $22, respectively, at Dermension.com.

**Jafra:** Direct seller and member of "multibillion-dollar" German corporate group Vorwerk & Co. announces its *Men Dynamics* skin-care line has received the Skin Cancer Foundation's Seal of Recommendation, identifying it as safe and effective at providing sun protection. Endorsement brings total number of *Jafra* cosmetic and skin-care items that sport the seal to 100, it notes. According to Skin Cancer Foundation's website, companies applying for recognition must demonstrate that their product offers a sun protection factor of 15 or greater, confirmed by testing on at least 20 people, and supply data on phototoxic reactions and contact irritation as well as substantiation for claims that product is water- or sweat-resistant *(see related story, p. 11).*

EXHIBIT **4-3**
PAGE **33**

Unauthorized photocopying is prohibited by law. See page one.

Case 2:11-cv-01338-AHM-E   Document 1   Filed 02/11/11   Page 41 of 88   Page ID #:42

# Cosmetic/Skin-Care Combinations Advised With Traditional Makeup Down

Use of makeup products among women ages 18 to 64 is down 5 percent from 2008, with women looking to simplify their beauty routines, according to a new study from the NPD Group.

Additionally, up to 1 percent of women who use makeup – estimated at one million consumers – are wearing just one makeup product a day.

Where necessary, consumers are cutting back on their makeup use, but they also are turning to combination cosmetics, according to Karen Grant, vice president and beauty industry analyst for the market research firm.

She notes that in particular the market is growing for items that provide both makeup and skin-care benefits.

"This convergence of makeup and skin care is a burgeoning platform to build upon," she says. "Understanding the way consumers are now approaching their beauty regimen and where their needs cross categories will help guide us in re-engaging both the younger consumer and the older consumer."

According to NPD, 86 percent of makeup users have used makeup products with built-in skin-care benefits in the past year.

Moisturization and SPF protection are features in highest demand, cited by 54 percent and 51 percent of users, as well as oil-free/non-comedogenic, wrinkle-reducing and natural/mineral-based formulations (32 percent, 30 percent and 27 percent, respectively).

In a 2009 report on the prestige beauty industry, NPD reported that 36 percent of foundations offered SPF protection, up from 11 percent the year prior ("The Rose Sheet" Nov. 30, 2009).

"From protective benefits to increasingly advanced anti-aging ingredients to the more specialized focus of anti-acne and redness-reduction benefits, more and more makeup manufacturers are offering consumers a wider variety of skin-care options today," Grant says in an Aug. 17 release.

Out of women who reported using makeup with skin-care benefits, approximately six in 10 also used skin-care products featuring the same benefits, NPD says, while two in five are using such products and skipping the skin-care treatments.

NPD's study – called "The Makeup In-Depth Consumer Report" – is based on a survey of women 18 years of age and older, conducted in March.

Mintel is another market intelligence firm that has recognized the proliferation of multi-benefit products as well as "transformers" that blur the boundaries between product categories ("The Rose Sheet" May 3, 2010).

For example, *Oriks Magic* B.B. cream works as a concealer, foundation and sunscreen while using "chameleon technology" to blend with the user's skin tone like a tinted moisturizer, the firm noted at the in-cosmetics trade show in Paris earlier this year.

– *Lauren Nardella (l.nardella@elsevier.com)*



**Try our premium Intelligence FREE!**

*"The Tan Sheet"* is your weekly guide to how healthcare reforms will impact the OTC drug and dietary supplement industries. But don't take our word for it – *get a FREE issue now!*

*Receive your free issue in the mail within a few days!*

**www.ElsevierBI.com/TS/FREE**

EXHIBIT E-3
PAGE 34

# Coty's Survey Of Salon Pros Does Not Support *Sally Hansen* Preference Claim

Coty's study supporting the claim that "9 out of 10 salon professionals preferred our [*Sally Hansen*] formula to the leading salon brand" is "fatally flawed," according to the National Advertising Division, siding with challenger O.P.I., Inc.

*OPI* Nail Lacquers are sold to salons and represent the leading salon brand, with 50 percent of the market. Meanwhile, Coty/Sally Hansen offers the leading nail polish retailing on a mass-market level.

The Sally Hansen claim at issue has appeared in print, point-of-purchase and internet advertising for the brand's Complete Salon Manicure alongside the company's primary claim "All 5 steps of a salon manicure in 1 bottle."

The preference claim is based on a study involving 25 salon professionals in eight markets – Atlanta, Ga.; Dartmouth, Mass.; Vernon Hills, Ill.; Montclair, Calif.; St. Louis, Mo.; Tucson, Ariz.; Denton, Texas; and Lakewood, Colo.

Participants applied two coats of either Sally Hansen Complete or an OPI polish and wore the product for three days without touch-up. They then wore the alternative product for the same amount of time and under the same conditions. After each experience, subjects answered a series of questions about which product they preferred with regard to various aesthetic and performance characteristics.

NAD takes issue with the advertiser's decision to compare its 5-in-1 product – which includes base and top coats in addition to strengthener, growth treatment and color – to OPI's product, which is meant to be used by professionals in a salon setting with separate applications of base and top coats.

"NAD has previously found, across all product categories, that performance studies are fatally flawed if products are not tested according to usage instructions," the Council of Better Business Bureaus division says.

Coty had argued that its survey directed participants to apply each polish as they would in the home, where consumers typically do not apply base and top coats. However, NAD points out that the study enrolled salon professionals, asking them to evaluate products in the context of a professional manicure – "Which product would you use in the salon on your clients?"

> *"NAD has previously found, across all product categories, that performance studies are fatally flawed if products are not tested according to usage instructions," the watchdog states.*

Coty's "testing should have at least included base and top coats on the challenger's nail enamel. This is a significant and critical flaw when coupled with the fact the participants only wore each nail enamel for three days, which in addition to not being a consumer-relevant time period, is not long enough to properly assess nail enamel performance attributes, such as resistance to chipping and fading," the advertising watchdog contends.

It also objects to Coty's preference claim on the basis of the study's small sample size of 25 individuals, and it questions whether the eight cities from which it derived its data are representative of the universe of national salon technicians. "Only one town in the northeastern United States was included, and it was not a large urban area," the group observes.

Moreover, the study was not designed to ensure a random rotation of which enamel was tested first. As a result, bias may have been introduced due to the fact that 17 of the 25 respondents used the OPI product first. "Given the extremely small sample size of the study, a small order bias may have a large impact on the final results," NAD says.

Finally, NAD holds that the study was not effectively blinded. Coty filed off the "OPI" logo but did not account for the product's cap with its "distinctive long, tapered shape," which could reasonably have allowed users to identify it.

Coty should discontinue the preference claim, NAD says.

OPI also challenged Coty/Sally Hansen's "All 5 steps of a manicure in 1 bottle" claim, but NAD characterized the claim as "fanciful," maintaining that no consumer could reasonably believe that Complete nail polish awards all the benefits of a professional manicure, including cleaning and buffing the nails and moisturizing the hand.

Coty disagrees with NAD's position regarding the company's survey of salon pros. It "will nevertheless abide by this suggestion in deference to NAD and the self-regulatory process as future advertising is developed," the firm says.

– Ryan Nelson (r.nelson@elsevier.com)

EXHIBIT E-3
PAGE 35

Unauthorized photocopying is prohibited by law. See page one.

August 23, 2010      "The Rose Sheet"      11

# Skin Cancer Foundation Adds UVA Requirements To Seal Standards

By including guidelines for UVA protection in updated criteria for its Seal of Recommendation, the Skin Cancer Foundation brings its requirements more in line with those proposed for FDA's long-anticipated sunscreen monograph.

The new standards create two Seals of Recommendation – a "Daily Use" seal for products that protect against flashes of exposure and an "Active" seal for products providing more extended protection. Both would mandate UVA and UVB protection and verification.

The "Daily Use" Seal would be for products "intended to protect consumers from incidental sun exposure" over short periods of time and could apply to moisturizers, cosmetics and lip products.

Products submitting for the seal must offer SPF 15 UVB protection, UVA protection with a critical wavelength of 370 nanometers or Persistent Pigment Darkening – similar to tests for SPF – of 5 at minimum, plus proof of photostability.

Critical wavelength measures the breadth of sunscreen protection, while the PPD method calibrates the appearance of pigment darkening in skin following UVA wavelength exposure, according to SCF.

SCF's "Active" seal is reserved for products that protect consumers from extended exposure and during outdoor recreational activities. Such products might include high-SPF formulas, sport sunscreens and baby products.

Active would require UVB protection of SPF 30, UVA protection with critical wavelength of 370nm or PPD of 10, proof of photostability and proof of water resistance.

"Our goal, now more than ever, is for the seal to help consumers easily identify safe and effective sunscreens amid varying claims and labeling practices," SCF President Perry Robins states in an Aug. 19 release.

The new seal program began accepting applications in July. Current SCF seal holders will have until May 2012 to comply with the updated guidelines.

Previously, SCF's Seal requirements for sunscreen included an SPF of 15 or higher (validated by testing on 20 subjects), substantiation of water-resistance claims and "acceptable results" for phototoxic reactions and contact irritancy. More

than 1,000 items – including clothing, sunglasses and umbrellas – carry the seal.

SCF's certification platform was criticized by The Environmental Working Group in its 2010 Sunscreen Report, with the consumer group maintaining that its requirements are not strict enough ("The Rose Sheet" May 31, 2010).

Early versions of FDA's sunscreen monograph were similarly criticized. The agency's draft sunscreen rule now includes testing standards for marketers making UVA protection claims, as well as a 4-star system for denoting the level of UVA protection afforded ("The Rose Sheet" Aug. 27, 2007).

FDA aims to issue its final sunscreen rule in October, according to the Department of Health and Human Services' semi-annual regulatory agenda ("The Rose Sheet" May 3, 2010). However, the rule's publication has been delayed numerous times.

Anticipation of a final monograph has moved the American Academy of Dermatology to phase-out its "Seal of Recognition" program ("The Rose Sheet" Dec. 7, 2009).

*– Lauren Nardella (l.nardella@elsevier.com)*



Unauthorized photocopying is prohibited by law. See page one.

EXHIBIT E-3
PAGE 36

12 | "The Rose Sheet" | August 23, 2010

# Weekly Trademark Review

## Issued Aug. 17, 2010

*[Class 3 (Cosmetics & Cleaning Preps) compiled by "The Rose Sheet" from Official Gazette of the U.S. Patent and Trademark Office]*

| Product Name | Trademark No./ [Serial No.] | Company | Filed Date [Published] | Class Nos. | First Use Date |
|---|---|---|---|---|---|
| **Marks Registered – Class 3** | | | | | |
| Ralph Ralph Lauren Wild | 3,833,271 [77-158,423] | PRL USA Holdings | 4-17-07 [6-1-10] | 50, 51 & 52 | - - - |
| A Gift From the Gods | 3,833,284 [77-323,442] | AGFG Brands | 11-7-07 [5-4-10] | Int. 3, 25, 30 & 31; U.S. 50, 51 & 52 | - - - |
| Hyal-System | 3,833,312 [77-484,034] | Fidia Farmaceutici | 5-27-08 [6-1-10] | Int. 3 & 5; U.S. 50, 51 & 52 | - - - |
| Sensitive Dual Enhancing | 3,833,325 [77-530,700] | Amorepacific | 7-24-08 [6-1-10] | 50, 51 & 52 | - - - |
| Intense Stain | 3,833,342 [77-566,259] | Johnson & Johnson | 9-10-08 [6-1-10] | 50, 51 & 52 | - - - |
| Relipidation Active Mustela Dermo-Pediatrie | 3,833,441 [77-674,792] | Laboratoires Expanscience | 2-20-09 [6-1-10] | Int. 3 & 5; U.S. 50, 51 & 52 | - - - |
| Lyposlim | 3,833,468 [77-700,897] | Charles W. Wiltsie | 3-27-09 [6-1-10] | 50, 51 & 52 | - - - |
| Effectively Green | 3,833,555 [77-753,172] | Vision Chemical Systems | 6-5-09 [6-1-10] | 50, 51 & 52 | - - - |
| YMRE | 3,833,562 [77-754,482] | Y B.V. | 6-8-09 [5-11-10] | Int. 3, 9, 14, 18 & 25; U.S. 50, 51 & 52 | - - - |
| Depura Line & Design | 3,833,597 [77-764,560] | Martí´Nez, Ricardo | 6-20-09 [6-1-10] | Int. 3 & 5; U.S. 50, 51 & 52 | - - - |
| Miscellaneous Design | 3,833,666 [77-774,732] | Reckitt Benckiser | 7-6-09 [6-1-10] | 50, 51 & 52 | - - - |
| Clean Screen Natural Sun Care | 3,833,690 [77-777,792] | SGWS | 7-9-09 [6-1-10] | 50, 51 & 52 | - - - |
| Clean Screen Natural Sun Care & Design | 3,833,691 [77-777,808] | SGWS | 7-9-09 [6-1-10] | 50, 51 & 52 | - - - |
| Miscellaneous Design | 3,833,717 [77-780,066] | Yusef Manufacturing Labs | 7-13-09 [6-1-10] | 50, 51 & 52 | - - - |
| 24/7 Glide-On | 3,833,761 [77-783,990] | Urban Decay Cosmetics | 7-17-09 [6-1-10] | 50, 51 & 52 | - - - |
| Saw | 3,833,777 [77-785,664] | Lions Gate Entertainment | 7-21-09 [6-1-10] | Int. 3, 9, 11, 15, 16, 18, 20, 21, 25 & 28; U.S. 50, 51 & 52 | - - - |
| Bye Bye Lid Lines | 3,833,835 [77-796,754] | Jamie Kern | 8-4-09 [6-1-10] | 50, 51 & 52 | - - - |
| Bye Bye Pores | 3,833,838 [77-797,465] | Jamie Kern | 8-5-09 [6-1-10] | 50, 51 & 52 | - - - |
| Bye Bye Concealer | 3,833,839 [77-797,507] | Jamie Kern | 8-5-09 [6-1-10] | 50, 51 & 52 | - - - |
| Yaome & Design | 3,833,897 [77-809,704] | Hin Sang Hong | 8-21-09 [6-1-10] | 50, 51 & 52 | - - - |
| A-D Technologies | 3,833,948 [77-820,219] | A-D Technologies Holdings | 9-4-09 [6-1-10] | Int. 3, 4, 6, 8, 9 & 17; U.S. 50, 51 & 52 | - - - |

EXHIBIT E-3
PAGE 37

| Product Name | Trademark No./ [Serial No.] | Company | Filed Date [Published] | Class Nos. | First Use Date |
|---|---|---|---|---|---|
| Davis & Design | 3,833,960 [77-822,277] | Davis Manufacturing & Packaging | 9-8-09 [6-1-10] | Int. 3, 5 & 35; U.S. 50, 51 & 52 | - - - |
| Miscellaneous Design | 3,833,975 [77-826,130] | CB R&D | 9-14-09 [6-1-10] | 50, 51 & 52 | - - - |
| The Man Can | 3,833,999 [77-832,731] | Ulchak, Michele | 9-23-09 [6-1-10] | 50, 51 & 52 | - - - |
| Bio-Targeted | 3,834,006 [77-833,943] | Zone, Gul Celebi | 9-24-09 [6-1-10] | 50, 51 & 52 | - - - |
| Peel Booster | 3,834,028 [77-840,425] | Gul Celebi Zone | 10-2-09 [6-1-10] | 50, 51 & 52 | - - - |
| Tresor in Love & Design | 3,834,120 [77-861,329] | Lancôme Parfums Et Beauté | 10-30-09 [6-1-10] | 50, 51 & 52 | - - - |
| Renergie Lift Volumetry | 3,834,171 [77-871,039] | Lancôme Parfums Et Beauté | 11-12-09 [6-1-10] | 50, 51 & 52 | - - - |
| Night Gold | 3,834,190 [77-874,763] | Pacific Specialty Oils | 11-17-09 [6-1-10] | 50, 51 & 52 | - - - |
| Eye Gold | 3,834,191 [77-874,839] | Pacific Specialty Oils | 11-17-09 [6-1-10] | 50, 51 & 52 | - - - |
| Body Gold | 3,834,192 [77-874,843] | Pacific Specialty Oils | 11-17-09 [6-1-10] | 50, 51 & 52 | - - - |
| Day Gold | 3,834,193 [77-874,846] | Pacific Specialty Oils | 11-17-09 [6-1-10] | 50, 51 & 52 | - - - |
| Visco-Elastic Transforming Serum | 3,834,256 [77-885,766] | World Skin | 12-3-09 [6-1-10] | 50, 51 & 52 | - - - |
| Ron Marone's City Girl (Stylized) | 3,834,298 [77-893,425] | Revolution Distributors | 12-15-09 [6-1-10] | 50, 51 & 52 | - - - |
| Green Apple & Design | 3,834,299 [77-893,426] | Revolution Distributors | 12-15-09 [6-1-10] | 50, 51 & 52 | - - - |
| Red Apple & Design | 3,834,300 [77-893,427] | Revolution Distributors | 12-15-09 [6-1-10] | 50, 51 & 52 | - - - |
| Love Emotion & Design | 3,834,301 [77-893,429] | Revolution Distributors | 12-15-09 [6-1-10] | 50, 51 & 52 | - - - |
| Love Seduction & Design | 3,834,302 [77-893,479] | Revolution Distributors | 12-15-09 [6-1-10] | 50, 51 & 52 | - - - |
| Foro | 3,834,345 [77-897,348] | CAF | 12-18-09 [6-1-10] | 50, 51 & 52 | - - - |
| Hapuna | 3,834,355 [77-898,169] | Paul Brown Hawaii Marketing | 12-21-09 [6-1-10] | 50, 51 & 52 | - - - |
| Il Bacio | 3,834,560 [77-910,740] | Borghese Trademarks | 1-13-10 [6-1-10] | 50, 51 & 52 | - - - |
| High Seas & Design | 3,834,586 [77-911,105] | Renda, James | 1-13-10 [6-1-10] | 50, 51 & 52 | - - - |
| M2 & Design | 3,834,625 [77-911,751] | Intermarket Group | 1-14-10 [6-1-10] | 50, 51 & 52 | - - - |
| Microjet | 3,834,626 [77-911,763] | Biostim | 1-14-10 [6-1-10] | 50, 51 & 52 | - - - |
| Fresh Breath Made Easy! & Design | 3,834,668 [77-912,313] | Cosmos | 1-14-10 [6-1-10] | Int. 3 & 31; U.S. 50, 51 & 52 | - - - |
| Tropiclean | 3,834,669 [77-912,318] | Cosmos | 1-14-10 [6-1-10] | Int. 3, 5 & 31; U.S. 50, 51 & 52 | - - - |

EXHIBIT E-3
PAGE 38

14 **"The Rose Sheet"** August 23, 2010

| Product Name | Trademark No./ [Serial No.] | Company | Filed Date [Published] | Class Nos. | First Use Date |
|---|---|---|---|---|---|
| Air Spencer | 3,834,690 [77-912,565] | Eikosha | 1-15-10 [6-1-10] | Int. 3, 5 & 11; U.S. 50, 51 & 52 | --- |
| Mirepa (Stylized) | 3,834,703 [77-912,709] | Amorepacific | 1-15-10 [6-1-10] | 50, 51 & 52 | --- |
| Hikegoo & Design | 3,834,792 [77-913,696] | Hikegoo | 1-17-10 [6-1-10] | 50, 51 & 52 | --- |
| Enviroedge | 3,834,894 [77-914,979] | Zep IP Holding | 1-19-10 [6-1-10] | 50, 51 & 52 | --- |
| Bioluxe | 3,834,952 [77-915,985] | Advanced Healthcare Distributors | 1-20-10 [6-1-10] | 50, 51 & 52 | --- |
| Osis+ | 3,835,073 [77-948,561] | Henkel | 3-2-10 [6-1-10] | 50, 51 & 52 | --- |
| Glow Maintenance | 3,835,123 [78-859,550] | Soap & Glory | 4-12-06 [6-1-10] | 50, 51 & 52 | --- |
| Clearasil | 3,835,140 [79-050,956] | Clearer Skin All Day Every Day. Reckitt Benckiser | 1-30-08 [3-3-09] | Int. 3 & 5; U.S. 50, 51 & 52 | --- |
| Miscellaneous Design | 3,835,144 [79-058,527] | Corneliani | 6-11-08 [6-1-10] | Int. 3, 9, 14, 18, 24, 25, 26 & 35; U.S. 50, 51 & 52 | --- |
| Spacemotion Sublime Well Therapy & Design | 3,835,156 [79-063,168] | Biocharme | 7-22-08 [6-1-10] | Int. 3, 4, 10 & 44; U.S. 50, 51 & 52 | --- |
| Germguard | 3,835,161 [79-063,652] | Aseptix Research | 11-10-08 [6-1-10] | Int. 3 & 5; U.S. 50, 51 & 52 | --- |
| Mister Magq (Stylized) | 3,835,169 [79-063,931] | Tovaristvo Z Obmezhenoyu; Vidpovidalnistyu "Lilit-Kosmetik" | 9-5-08 [6-1-10] | Int. 3, 6, 16 & 21; U.S. 50, 51 & 52 | --- |
| Plantation London (Stylized) | 3,835,176 [79-064,580] | Mark Warshaw | 11-6-08 [6-1-10] | 50, 51 & 52 | --- |
| Lavera Neutral | 3,835,200 [79-067,710] | Laverana | 12-22-08 [6-1-10] | Int. 3 & 5; U.S. 50, 51 & 52 | --- |
| D.R.E.E.M. | 3,835,212 [79-069,573] | Teenz. Gary Turner | 3-23-09 [6-1-10] | Int. 3, 9, 14, 15, 16, 18, 21, 24, 25, 28, 29, 30, 32, 35 & 41; U.S. 50, 51 & 52 | --- |
| Shalimar Oiseau De Paradis Guerlain & Design | 3,835,218 [79-070,172] | Guerlain | 5-11-09 [6-1-10] | 50, 51 & 52 | --- |
| Grants (Stylized) | 3,835,244 [79-071,429] | Lateral Food | 6-5-09 [6-1-10] | 50, 51 & 52 | --- |
| Ambre Nuit (Stylized) | 3,835,296 [79-072,750] | Parfums Christian Dior | 6-16-09 [6-1-10] | 50, 51 & 52 | --- |
| Fond De Parfum | 3,835,311 [79-072,992] | Cartier Internatl. | 7-22-09 [6-1-10] | 50, 51 & 52 | --- |
| Etro & Design | 3,835,327 [79-074,318] | Etro | 6-23-09 [6-1-10] | 50, 51 & 52 | --- |
| Etro & Design | 3,835,329 [79-074,400] | Etro | 6-23-09 [6-1-10] | 50, 51 & 52 | --- |
| Miscellaneous Design | 3,835,332 [79-074,597] | Gianfranco Ferre | 7-10-09 [6-1-10] | Int. 3, 9, 14, 18, 24 & 25; U.S. 50, 51 & 52 | --- |

EXHIBIT _E3_
PAGE _39_

August 23, 2010                          "The Rose Sheet"                                    15

| Product Name | Trademark No./ [Serial No.] | Company | Filed Date [Published] | Class Nos. | First Use Date |
|---|---|---|---|---|---|
| Eartherapy | 3,835,337 [79-074,941] | Concept Amenities | 10-14-09 [6-1-10] | 50, 51 & 52 | – – – |
| Paul's Boutique | 3,835,362 [79-076,671] | Arneodo Jean-Paul | 9-15-09 [6-1-10] | Int. 3, 9, 14, 18 & 25; U.S. 50, 51 & 52 | – – – |
| PYUR (Stylized) | 3,835,372 [79-077,390] | Marlyn Ozyuruk & Paul Ozyuruk | 10-1-09 [6-1-10] | Int. 3, 14 & 25; U.S. 50, 51 & 52 | – – – |
| Forbidden Affair | 3,835,385 [79-078,086] | Mulhens | 1-12-10 [6-1-10] | 50, 51 & 52 | – – – |
| Facial Fuel | 3,835,414 [85-003,230] | L'Oréal USA Creative | 3-31-10 [6-1-10] | 50, 51 & 52 | – – – |

## Marks Registered Under Section 1(d) – Class 3

*The following marks have been registered on the principal register pursuant to the intent-to-use provisions of Section 1(d) of the Trademark Act of 1946, as amended. Select trademark lists have been condensed.*

| Product Name | Trademark No./ [Serial No.] | Company | Filed Date [Published] | Class Nos. | First Use Date |
|---|---|---|---|---|---|
| Scoop NYC (Stylized) & Design | 3,835,419 [76-469,687] | Scoop Management | 11-12-02 [10-13-09] | 50, 51 & 52 | 11-10-2006 |

Owner of U.S. Reg. Nos. 2,444,013, 2,586,217 and others. No claim is made to the exclusive right to use "NYC" apart from the mark as shown. For fragrances, namely, perfume, cologne, eau de toilet, body lotion, bath gel and soap; cosmetics, namely, mascara, eyeliner, lipstick, blush and eyeshadow.

| Lilywash | 3,835,434 [76-694,355] | MMK Group | 11-17-08 [11-24-09] | 50, 51 & 52 | 1-1-2010 |

The name shown in the mark does not identify a particular living individual. For body washes; cleaning and washing preparations.

| Lilywipes | 3,835,435 [76-694,356] | MMK Group | 11-17-08 [11-24-09] | 50, 51 & 52 | 1-1-2010 |

The name shown in the mark does not identify a particular living individual. Sec. 2(f). For disposable wipes impregnated with cleansing compounds for use on breasts.

| Ω | 3,835,472 [77-108,660] | Omega Sa (Omega Ag) | 2-15-07 [4-8-08] | 50, 51 & 52 | 7-10-2009 |

Priority claimed under Sec. 44(d) on Switzerland Application No. 01697/2006, filed 8-17-2006, Reg. No. 551045, dated 12-10-2006, expires 8-17-2016. Owner of U.S. Reg. Nos. 25,036, 3,146,117 and others. For perfumery.

| Thermalceutical | 3,835,538 [77-314,139] | Dr. Miracle's | 10-26-07 [9-22-09] | 50, 51 & 52 | 10-2008 |

For skin care and skin treatment preparations, namely, skin lotion, skin cream, skin moisturizers, skin oils and skin toners.

| Depth | 3,835,577 [77-382,122] | Mineral Fusion Natural Brands | 1-28-08 [10-28-08] | 50, 51 & 52 | 6-2008 |

For body lotions; body moisturizers; skin cleansing lotion; body soaps; liquid soaps for hands, face and body; shaving cream; hair cleaning preparations.

| Tender Pink | 3,835,581 [77-391,930] | Tupperware Products | 2-8-08 [6-24-08] | 50, 51 & 52 | 5-12-2008 |

No claim is made to the exclusive right to use "pink" apart from the mark as shown. For perfumery; deodorants and antiperspirants for personal use.

| Pink Dreams | 3,835,582 [77-391,931] | Tupperware Products | 2-8-08 [6-24-08] | 50, 51 & 52 | 5-12-2008 |

No claim is made to the exclusive right to use "pink" apart from the mark as shown. For perfumery; deodorants and antiperspirants for personal use; nonmedicated lotions for face and body.

| Aromadisiac | 3,835,662 [77-495,451] | Avon Products | 6-10-08 [11-4-08] | 50, 51 & 52 | 1-21-2010 |

For eau de toilette.

---

EXHIBIT  E-3
PAGE  40

| Product Name | Trademark No./ [Serial No.] | Company | Filed Date [Published] | Class Nos. | First Use Date |
|---|---|---|---|---|---|
| On Demand | 3,835,672 [77-514,019] | Qmax Systems | 7-2-08 [10-21-08] | 50, 51 & 52 | 10-17-2008 |
| For hair care preparations. | | | | | |
| Smooth Definition | 3,835,713 [77-578,602] | Procter & Gamble | 9-25-08 [2-17-09] | 50, 51 & 52 | 6-13-2010 |
| For hair styling preparations. | | | | | |
| Feminine.Discreet.Sensual. | 3,835,714 [77-578,941] | Alberto-Culver Internatl. | 9-25-08 [2-17-09] | 50, 51 & 52 | 1-31-2009 |
| For feminine personal hygiene spray fragrance. | | | | | |
| Superiority Complex | 3,835,750 [77-601,291] | Sally Hershberger Professional Hair Care | 10-27-08 [3-24-09] | 50, 51 & 52 | 1-1-2010 |
| For hair care products, namely, hair styling preparations. | | | | | |
| Madame Milly | 3,835,765 [77-605,440] | Pacific Sales UK | 10-31-08 [3-2-10] | 50, 51 & 52 | 12-31-2007 |
| The name "Madame Milly" does not identify a living individual. For cosmetics; lip gloss; lipstick; lip balm; lipliner; eyeshadow; eyeliner; eye cream; eye makeup; nail polish; hand cream; skin moisturizer; mascara; skin bronzing creams; body powder; eyebrow pencils; nonmedicated foot cream. | | | | | |
| Glacier Creme | 3,835,867 [77-676,146] | Citizen | 2-23-09 [8-11-09] | 50, 51 & 52 | 8-1-2008 |
| No claim is made to the exclusive right to use "creme" apart from the mark as shown. For nonmedicated sun care preparations; sun care lotions; sunscreen cream. | | | | | |
| Clipsal | 3,835,889 [77-691,636] | Delta Perfume House | 3-16-09 [9-8-09] | 50, 51 & 52 | 3-2010 |
| For perfume. | | | | | |
| Ararat | 3,835,899 [77-701,658] | Dolbakian, Raffy | 3-29-09 [10-6-09] | 50, 51 & 52 | 10-1-2009 |
| For men's and women's fragrances, perfumes and colognes, aftershave, toilet water and body splash, scented face and body creams and gels and lotions, cosmetics. | | | | | |
| Eye Maintenance | 3,835,910 [77-708,107] | Soap & Glory | 4-7-09 [7-28-09] | 50, 51 & 52 | 2-15-2010 |
| No claim is made to the exclusive right to use "eye" apart from the mark as shown. For moisturizing eye gel. | | | | | |
| Miscellaneous Design | 3,835,938 [77-717,218] | Johnson & Johnson | 4-20-09 [8-25-09] | 50, 51 & 52 | 3-31-2010 |
| The mark consists of an image of a leaf. For cosmetic tooth whitening preparations. | | | | | |
| Healing Springs | 3,835,953 [77-722,470] | Z-Distribution Optimized Vision | 4-26-09 [9-8-09] | 50, 51 & 52 | 4-26-2009 |
| For beauty creams; body lotion; face creams; lip balm; massage creams. | | | | | |
| Honey Be Quick | 3,835,961 [77-725,017] | Procter & Gamble | 4-29-09 [9-8-09] | 50, 51 & 52 | 1-31-2010 |
| Owner of U.S. Reg. No. 3,525,118. For hair coloring preparations. | | | | | |
| Latte Whirl | 3,835,962 [77-725,054] | Procter & Gamble | 4-29-09 [9-8-09] | 50, 51 & 52 | 1-31-2010 |
| Owner of U.S. Reg. No. 3,599,300. For hair coloring preparations. | | | | | |
| Ma Evans | 3,835,971 [77-727,131] | Genomma Lab Internacional | 5-1-09 [9-8-09] | 50, 51 & 52 | 1-5-2010 |
| For shampoo. | | | | | |

EXHIBIT  E-3
PAGE  41

| Product Name | Trademark No./ [Serial No.] | Company | Filed Date [Published] | Class Nos. | First Use Date |
|---|---|---|---|---|---|
| Drink Yourself Gorgeous | 3,836,028 [77-742,916] | Noah's Naturals | 5-22-09 [9-29-09] | 50, 51 & 52 | 1-1-2010 |
| | | For beauty beverages, namely, fruit juices and energy drink containing nutritional supplements, vitamin and mineral supplements, nutritional additives for use in foods and dietary supplements for human consumption, plant and herb extracts for cosmetic purposes and made available through health care and beauty product categories. | | | |
| Herbal Vitalizing | 3,836,069 [77-762,526] | Kose | 6-17-09 [9-29-09] | 50, 51 & 52 | 9-11-2009 |
| | | No claim is made to the exclusive right to use "herbal" apart from the mark as shown. For cosmetics. | | | |
| Forest Celebration | 3,836,070 [77-762,533] | Kose | 6-17-09 [9-15-09] | 50, 51 & 52 | 10-23-2009 |
| | | For cosmetics. | | | |
| ThermaStress | 3,836,088 [77-774,717] | Sultra | 7-6-09 [11-17-09] | 50, 51 & 52 | 8-21-2009 |
| | | For 3-in-1 hair conditioners; 3-in-1 hair shampoos; conditioners; hair balsam; hair care creams; hair care lotions; hair care preparations; hair cleaning preparations; hair conditioners; hair creams; hair curling preparations; hair dressings for men; hair dressings for women; hair emollients; hair fixers; hair lotions; hair nourishers; hair products, namely, thickening control creams; hair rinses; hair shampoo; hair shampoos and conditioners; hair straightening preparations; hair styling preparations; hair styling spray; hair tonics; hair waving lotion; hair waving preparations; nonmedicated hair restoration lotions; nonmedicated hair treatment preparations for cosmetic purposes; nonmedicated preparations all for the care of skin, hair and scalp; preparations for setting hair. | | | |
| Miscellaneous Design | 3,836,091 [77-775,245] | Schering-Plough Healthcare Products | 7-7-09 [9-8-09] | 50, 51 & 52 | 11-2008 |
| | | The color(s) white, yellow, blue, tan and gray is/are claimed as a feature of the mark. The mark consists of a white background with a design of a semi-round yellow sun; a stylized swirl of blue water, a stylized swirl of tan sand and a stylized swirl of gray underneath the sun. For sunblock preparations; sunscreen preparations. | | | |
| Mitsuba | 3,836,144 [77-819,089] | YZY | 9-3-09 [1-19-10] | 50, 51 & 52 | 5-1-2010 |
| | | The wording "mitsuba" has no meaning in a foreign language. For beauty creams for body care; beauty lotions; body lotions; body spray used as a personal deodorant and as fragrance; colognes, perfumes and cosmetics; eau de toilette and eau de cologne; feminine deodorant sprays. | | | |
| School Dayz | 3,836,154 [77-827,738] | Lice Knowing You | 9-16-09 [2-16-10] | 50, 51 & 52 | 3-3-2010 |
| | | For hair care products, namely, hair shampoos, hair conditioners, hair sprays, hair styling sprays; hair gel and hair mousse; oils for hair conditioning; baby hair conditioner; cosmetic preparations for the hair and scalp; hair care creams; hair balsam; hair care lotions; hair cleaning preparations; hair conditioners for babies; hair dressings for women; hairwashing powder; nonmedicated hair serums; preparations for setting hair; body sprays, namely, water in atomized containers used to produce a cooling effect; perfumes and toilet waters; cologne water; body spray used as a personal deodorant and as fragrance; body and beauty care products, namely, body lotions; hair care preparations, namely, hair detangler sprays and bubble gum remover sprays for hair. | | | |
| Flower Girl | 3,836,286 [78-946,177] | Philosophy | 8-7-06 [3-20-07] | 50, 51 & 52 | 1-21-2010 |
| | | For cosmetics; hair care preparations; nonmedicated bath preparations. | | | |

## Marks Registered Under Section 1(d) In More Than One Class

*The following marks have been registered on the principal register pursuant to the intent-to-use provisions of Section 1(d) of the Trademark Act of 1946, as amended. Select trademark lists have been condensed.*

| Product Name | Trademark No./ [Serial No.] | Company | Filed Date [Published] | Class Nos. | First Use Date |
|---|---|---|---|---|---|
| Perfect Sense | 3,835,637 [77-471,636] | Forever Young Internatl. | 5-12-08 [9-1-09] | 50, 51 & 52 | 11-30-2005 |
| | | For aromatherapy and paraffin wax treatment products, namely, paraffin waxes for cosmetic purposes, skin lotions and skin creams. | | | |

EXHIBIT E-3
PAGE 42

| Product Name | Trademark No./ [Serial No.] | Company | Filed Date [Published] | Class Nos. | First Use Date |
|---|---|---|---|---|---|
| Augustina | 3,835,701 [77-568,947] | Augustina Boutiques | 9-12-08 [8-18-09] | 50, 51 & 52 | 11-2006 |
| For perfume for personal use; body oils; eau de cologne and eau de toilette. | | | | | |
| Emu-Eeze | 3,835,720 [77-584,825] | Nutrition & Fitness | 10-3-08 [2-24-09] | 50, 51 & 52 | 7-21-2008 |
| For nonmedicated skin care preparations, namely, creams. | | | | | |
| Perfect. Enhance. Adorn. | 3,835,743 [77-597,944] | Temptu Marketing | 10-22-08 [2-24-09] | 50, 51 & 52 | 10-27-2009 |
| For cosmetics. | | | | | |
| Nature At Heart | 3,835,982 [77-728,896] | Melvita | 5-5-09 [9-1-09] | 50, 51 & 52 | 7-20-2009 |
| For soaps, perfumery, essential oils, cosmetics, hair lotions, dentifrices and nonmedicated sun care preparations. | | | | | |
| Oribe (Stylized) & Design | 3,836,235 [77-979,751] | Oribe Hair Care | 5-13-08 [6-9-09] | 50, 51 & 52 | 12-8-2008 |
| Owner of U.S. Reg. Nos. 2,166,871, 3,401,912 and others. The name(s), portrait(s) and/or signature(s) shown in the mark identifies "Oribe Canales," whose consent(s) to register is made of record. The mark consists of encircled stylized silhouette of woman with long hair flowing around hands and feet with the word "oribe" below it. For hair care creams; hair care lotions; hair colorants; hair creams; hair gels; hair lotions; hair pomades; hair spray; hair styling gel; hair styling preparations; hair styling spray; hair masks, styling gels; hair shampoos; hair conditioners. | | | | | |
| Miscellaneous Design | 3,836,257 [78-731,630] | Cheil America | 10-12-05 [3-27-07] | 50, 51 & 52 | 4-2-2010 |
| Owner of U.S. Reg. No. 2,014,421. For perfumes, skin soaps. | | | | | |
| LOH (Stylized) & Design | 3,836,291 [78-955,857] | The Luxury Out House | 8-19-06 [6-10-08] | 50, 51 & 52 | 2006 |
| The mark consists of the letters "loh" and grass design, in which the letters "loh" is stylized in such a manner that it appears as lho. The wording "loh" has no meaning in a foreign language. For bath and body care products, namely, cosmetics, body cleansing soap, shampoos, bath beads, bathing lotions, bubble baths and bath salts; body care products, namely, massage oils, massage therapy oils and bath soaps in liquid form. | | | | | |

## Marks Published For Opposition In One Class – Class 3

*Select trademark lists have been condensed.*

| | | | | | |
|---|---|---|---|---|---|
| Miracle Daily Conditioner | [76-696,853] | It's A 10 | 4-13-09 | 50, 51 & 52 | - - - |
| No claim is made to the exclusive right to use "daily conditioner" apart from the mark as shown. For full line of hair care products, namely, shampoos and conditioners, styling gels, hair lotions and hair sprays. | | | | | |
| Smart Color Technology | [76-701,116] | Anderson, Richard | 1-7-10 | 50, 51 & 52 | - - - |
| No claim is made to the exclusive right to use "color technology" apart from the mark as shown. For cosmetics including facial and body makeup, lip treatments, eye treatments and body treatments. | | | | | |
| Jointmud | [76-702,250] | Greek Island Labs | 3-29-10 | 50, 51 & 52 | 3-10-2010 |
| For cosmetic skin care preparations, namely, skin creams and lotions. | | | | | |
| M.A.R.C. Kam | [76-702,930] | Almar Sales | 5-13-10 | 50, 51 & 52 | - - - |
| The name "Marc Kam" does not identify a living individual. For cosmetics, namely, lip gloss, lip balm, body shimmer, body glitter, lipstick, lipliner, eyeshadow, eyebrow enhancers, blush, nail polish, mascara, liquid foundation, powder foundation, cream foundation, eye pencils, shower gel, body lotion, soap, shampoo, bath fizzies and bubble bath. | | | | | |

EXHIBIT __E-3__
PAGE __43__

August 23, 2010      **"The Rose Sheet"**      19

| Product Name | Trademark No./ [Serial No.] | Company | Filed Date [Published] | Class Nos. | First Use Date |
|---|---|---|---|---|---|
| Pussycat Dolls (Stylized) & Design | [77-480,316] | Pussycat Dolls | 5-21-08 | 50, 51 & 52 | – – – |

The mark consists of the words "pussycat dolls" within a heart, with the word "pussycat" placed on a banner displayed across the upper part of the heart, the word "dolls" displayed on the heart under the banner and an ornamental design on the top of the heart. For perfumes, colognes, musk, toilet water and fragrances; washing preparations and toiletries, namely, soaps for personal use; skin care preparations and products, namely, face and body moisturizers, hand and arm creams, foot and leg creams, eye creams and gels, skin creams, moisturizers, gels and lotions, facial and body scrubs, astringents for cosmetic purposes, face soaps, skin cleansers and skin toners; hair care preparations and products, namely, shampoos, conditioners, hair sprays, hair gels, hair mousse, pomade, hair tonics, nonmedicated scalp treatment creams and styling preparations for hair molding; shaving preparations and products, namely, shaving gels, creams and foams and aftershave tonics, lotions and creams; and suntanning preparations and products, namely, suntan lotions and oils, sunblock, sunblock sticks, self-tanning lotions and gels, after-sun moisturizers, lotions and gels, sunblock lip balms and suntan accelerating lotions.

| | | | | | |
|---|---|---|---|---|---|
| Experience The Dead Sea Difference! | [77-509,708] | Madaen Natural Products, With Nature | 6-27-08 | 50, 51 & 52 | 10-1-2005 |

For bar soap; bath soaps; bath soaps in liquid, solid or gel form; beauty lotions; body and beauty care cosmetics; hand soaps.

| | | | | | |
|---|---|---|---|---|---|
| H20 Guard | [77-599,240] | Procter & Gamble | 10-23-08 | 50, 51 & 52 | – – – |

No claim is made to the exclusive right to use "H20" apart from the mark as shown. For antiperspirants and deodorants for personal use; body sprays.

| | | | | | |
|---|---|---|---|---|---|
| Preclinical | [77-604,028] | Colgate-Palmolive | 10-30-08 | 50, 51 & 52 | 2-22-2010 |

For oral care products, namely, toothpaste, tooth gel, nonmedicated dental rinse, tooth cleaning preparations, namely, dental foam, tooth whitening gel, tooth whitening paste, breath fresheners and mouthwash.

| | | | | | |
|---|---|---|---|---|---|
| Superdry | [77-617,652] | DKH Retail | 11-19-08 | 50, 51 & 52 | – – – |

Priority claimed under Sec. 44(d) on ERPN CMNTY TM OFC Application No. 7372378, filed 10-29-2008, Reg. No. 007372378, dated 7-21-2009, expires 7-21-2019. For soaps; perfumery; essential oils, cosmetics, hair lotions; dentifrices; deodorants for personal use; antiperspirant deodorant, cologne, aftershave.

| | | | | | |
|---|---|---|---|---|---|
| Snow Moisture Crystal | [77-645,712] | Amorepacific | 1-8-09 | 50, 51 & 52 | – – – |

Priority claimed under Sec. 44(d) on Republic of Korea Application No. 402008003367, filed 7-9-2008, Reg. No. 0794796, dated 7-10-2009, expires 7-10-2019. No claim is made to the exclusive right to use "moisture crystal" apart from the mark as shown. For solid face powder for compacts; creamy foundation; face powder pastes; pressed face powder; liquid foundation for cosmetic purposes; and face powder for cosmetic purposes.

| | | | | | |
|---|---|---|---|---|---|
| Shining Star | [77-714,829] | Societe Parisienne De Parfums Et Cosmetiques | 4-15-09 | 50, 51 & 52 | – – – |

For perfumes and colognes.

| | | | | | |
|---|---|---|---|---|---|
| Gillette | [77-778,117] | Gillette | 7-10-09 | 50, 51 & 52 | – – – |

Owner of U.S. Reg. Nos. 134,317, 1,037,776 and others. Sec. 2(f). For aftershave splashes, lotions, balms and gels; preshave facial washes and scrubs; moisturizers; and eau de toilette.

| | | | | | |
|---|---|---|---|---|---|
| HanDean | [77-792,222] | Yung Shin Pharm | 7-29-09 | 50, 51 & 52 | – – – |

The wording "handean" does not identify a particular living individual. The wording "handean" has no meaning in a foreign language. For pearl facial creams; lipsticks; lip balms; massage creams; eyeshadows; eyeliners; talcum powders; cosmetic preparations for slimming purposes; body lotions; nonmedicated skin repair creams; cosmetic preparations for skin care; nonmedicated skin whitening toners; nonmedicated skin whitening beauty masks; medicated soaps; facial washes; liquid soaps for body; cosmetic preparations for baths; hair shampoos; hair conditioners.

EXHIBIT E-3
PAGE 44

| Product Name | Trademark No./ [Serial No.] | Company | Filed Date [Published] | Class Nos. | First Use Date |
|---|---|---|---|---|---|
| Line Revolution Intensive Wrinkle Treatment | [77-799,790] | Amorepacific | 8-7-09 | 50, 51 & 52 | --- |

Priority claimed under Sec. 44(d) on Republic of Korea Application No. 40-2009-0013, filed 3-23-2009. Owner of Republic of Korea Reg. No. 0826827, dated 6-16-2010, expires 6-16-2020. Owner of U.S. Reg. No. 3,671,423. No claim is made to the exclusive right to use "line" and "intensive wrinkle treatment" apart from the mark as shown. For skin lotions; foundation creams; eye creams; cosmetic nourishing creams; cosmetic skin fresheners; makeup powder; cosmetic sun milk lotions; cosmetic creams for skin care; shampoos; dentifrices.

| | | | | | |
|---|---|---|---|---|---|
| Preperfection | [77-812,720] | Amorepacific | 8-25-09 | 50, 51 & 52 | --- |

Priority claimed under Sec. 44(d) on Republic of Korea Application No. 402009001165, filed 3-13-2009, Reg. No. 40-0823400, dated 5-14-2010, expires 5-14-2020. For cosmetic creams; lotions for cosmetic purposes; toilet water; makeup; nonmedicated skin care preparations; creamy foundation; shampoos; beauty masks; makeup powder; dentifrices.

| | | | | | |
|---|---|---|---|---|---|
| Adamia | [77-817,274] | ACFS | 9-1-09 | 50, 51 & 52 | --- |

Priority claimed under Sec. 44(d) on Australia Application No. 1316428, filed 8-26-2009, Reg. No. 1316428, dated 8-26-2009, expires 8-26-2019. For personal soaps; perfumery; essential oils; cosmetics; hair lotions; toilet preparations, namely, shaving cream, shampoos, massage oils, sunscreens, skin tanning cosmetics, skin softeners, toiletry milks, exfoliant masks, exfoliant creams, makeup removers, skin conditioners and skin balms.

| | | | | | |
|---|---|---|---|---|---|
| Y YDSC (Stylized) & Design | [77-825,066] | Stair, Ydsia & Stair | 9-11-09 | 50, 51 & 52 | --- |

The stippling is for shading purposes only. The name "Ydsia" identifies Ydsia Stair, a living individual whose consent is of record. The color(s) green and yellow is/are claimed as a feature of the mark. The mark consists of the following: a green cala lilly drawing with yellow pistil forming the top of a letter "y" featured above the stylized wording ydsia in which the letter "y" is also formed by a green cala lilly with a yellow pistil and featuring a yellow dot over the letter "i." the wording ydsia has no meaning in a foreign language. For cosmetic olive oil for the face and body; cosmetics in general, including perfumes.

| | | | | | |
|---|---|---|---|---|---|
| Nantucket Natural Oils | [77-826,851] | White Light | 9-15-09 | 50, 51 & 52 | 1-1-1983 |

No claim is made to the exclusive right to use "natural oils" apart from the mark as shown. Sec. 2(f). For perfumes containing natural oils; perfume oils comprised in whole or substantial part of natural oils.

| | | | | | |
|---|---|---|---|---|---|
| Fashion-Aid | [77-829,152] | Miss Fix Fashion Products | 9-17-09 | 50, 51 & 52 | --- |

For adhesives for cosmetic use.

| | | | | | |
|---|---|---|---|---|---|
| Extends Fashion To Your Fingertips | [77-833,408] | Minx | 9-23-09 | 50, 51 & 52 | --- |

Owner of U.S. Reg. Nos. 3,756,886 and 3,756,887. For nail care preparations, namely, a solid polymer nail coating which is applied through an adhesive method for cosmetic purposes.

| | | | | | |
|---|---|---|---|---|---|
| Dè La Ron | [77-837,143] | Temecula Cosmetic | 9-29-09 | 50, 51 & 52 | --- |

The English translation of "de la ron" in the mark is "from ron." For personal beauty products, namely, fragrances, facial masks, body masks, shampoos, shower gels, soaps.

| | | | | | |
|---|---|---|---|---|---|
| Shiseido Perfect Mascara Defining Volume | [77-839,326] | Shiseido | 10-1-09 | 50, 51 & 52 | --- |

Owner of U.S. Reg. Nos. 686,446, 1,236,941 and others. No claim is made to the exclusive right to use "mascara" apart from the mark as shown. The non-Latin characters in the mark transliterate to "shiseido" and this has no meaning in a foreign language. For mascara.

| | | | | | |
|---|---|---|---|---|---|
| Stage Performer | [77-839,924] | L'Oréal | 10-2-09 | 50, 51 & 52 | --- |

Priority claimed under Sec. 44(d) on France Application No. 093669367, filed 8-6-2009, Reg. No. 093669367, dated 8-6-2009, expires 8-6-2019. For perfume, toilet water; bath and shower gels and salts not for medical purpose; toilet soaps, body deodorants; cosmetics, namely, creams, milks, lotions, gels and powders for the face, the body and the hands; nonmedicated sun care preparations; makeup preparations; shampoos; nonmedicated products for hair styling and hair care, namely, gels, sprays, mousses, balms, cream, serums, wax and lotions; hair lacquers; hair colouring and hair decolorant preparations; permanent hair waving and curling preparations; essential oils for personal use.

EXHIBIT _E-3_
PAGE _45_

| Product Name | Trademark No./ [Serial No.] | Company | Filed Date [Published] | Class Nos. | First Use Date |
|---|---|---|---|---|---|
| Positively Nourishing | [77-841,343] | Johnson & Johnson | 10-5-09 | 50, 51 & 52 | - - - |

Owner of U.S. Reg. Nos. 2,870,190, 2,999,473 and 3,605,906. No claim is made to the exclusive right to use "nourishing" apart from the mark as shown. For skin care preparations, namely, facial creams, facial and body moisturizers, body cleansers, body washes, soap; sunscreen and sunblock preparations; nonmedicated lip care preparations.

| | | | | | |
|---|---|---|---|---|---|
| Han Dean (Stylized) & Design | [77-845,235] | Yung Shin Pharm | 10-9-09 | 50, 51 & 52 | - - - |

The name "Han Dean" does not identify a living individual. The mark consists of Chinese characters having a curved line above and below and the words "han" and "dean" underneath the design. The wording "han dean" has no meaning in a foreign language. The non-Latin characters in the mark transliterate to "han dean" and this has no meaning in a foreign language. For pearl facial cream; lipsticks; lip balms; massage creams; eyeshadows; eyeliner; talcum powders; cosmetic preparations for slimming purposes; body lotions; nonmedicated skin repair creams; cosmetic preparations for skin care; nonmedicated skin whitening toners; nonmedicated skin whitening beauty masks; medicated soap; facial washes; liquid soaps for body; cosmetic preparations for baths; hair shampoos; hair conditioners.

| | | | | | |
|---|---|---|---|---|---|
| Nuavis Suisse | [77-875,132] | Madeleine Enterprise | 11-18-09 | 50, 51 & 52 | - - - |

No claim is made to the exclusive right to use "Suisse" apart from the mark as shown. The English translation of "Suisse" in the mark is Switzerland. The wording "nuavis" has no meaning in a foreign language. For nonmedicated dermocosmetic preparations, namely, skin care creams, serums, toners, cleaners, lotions, moisturizing creams, anti-aging creams.

| | | | | | |
|---|---|---|---|---|---|
| MelMar Soap Hut | [77-876,190] | Melendez, Alan & Martinez, Adriana | 11-19-09 | 50, 51 & 52 | 6-15-2009 |

No claim is made to the exclusive right to use "soap" apart from the mark as shown. For aromatherapy body care products, namely, body lotion, shower gel, cuticle cream, shampoo, conditioner, nonmedicated lip balm, soap, body polish, body and foot scrub and nonmedicated foot cream.

| | | | | | |
|---|---|---|---|---|---|
| Sumita Beauty | [77-882,555] | Ziba Ip Holdings | 11-30-09 | 50, 51 & 52 | - - - |

Owner of U.S. Reg. No. 3,248,462. No claim is made to the exclusive right to use "beauty" apart from the mark as shown. For beauty salon products, namely, nonmedicated toiletries, cosmetics, fragrances and beauty preparations, namely, makeup kits comprising foundation makeup, eyeshadows, eyeliner pencils, lipstick, eye makeup, facial makeup, foundation makeup, lipstick and artificial eyelashes; face packs, namely, facial beauty masks, theatrical makeup, nail polish, foundation makeup, face powder, mascara, lip gloss, eyeliner, blush, rouge, eyeshadow, eyebrow pencil; nail care preparations, namely, nail hardener, nail conditioner, nail polish basecoat and topcoat, nail polish remover, nail cream, nail enamel and false nails; hair and body shampoo, hair conditioner, hair mousse, scalp conditioner, hair rinses, hair gel, skin cleansing cream, facial, hand and body creams, lotions and moisturizers, bubble bath, bath oil, bath salts, bath and body gels, shower gel, bath and baby powder, facial scrubs, facial beauty masks, talcum powder, perfume, cologne, toilet water, aftershave, shaving cream, shaving balm, shaving gel, bar body soap, liquid body soap, deodorant soap, body oil, breath freshener; hair bleaching preparations, hair lighteners, eye cream, night cream, hair lotions, skin toners, tooth gel, mouthwash, toothpaste, nonmedicated lip balm, massage oil, premoistened cosmetic towelettes, sunblock and sunscreen creams and lotions.

| | | | | | |
|---|---|---|---|---|---|
| Nutria-Thermique | [77-885,091] | L'Oréal | 12-3-09 | 50, 51 & 52 | - - - |

Owner of France Reg. No. 093694263, dated 11-27-2009, expires 11-27-2019. Owner of U.S. Reg. No. 3,544,421. The wording "nutri-thermique" has no meaning in a foreign language. For shampoos; products for hair styling and hair care, namely, gels, mousses, balms, cream, wax, serums and lotions; hair lacquers; hair colouring and hair decolorant preparations; permanent waving and curling preparations; essential oils for personal use.

EXHIBIT E-3
PAGE 46

22                                   "The Rose Sheet"                              August 23, 2010

| Product Name | Trademark No./ [Serial No.] | Company | Filed Date [Published] | Class Nos. | First Use Date |
|---|---|---|---|---|---|
| Cristophe Professional | [77-899,070] | Cristophe Schatteman | 12-22-09 | 50, 51 & 52 | 12-21-2009 |

Owner of U.S. Reg. Nos. 3,053,303 and 3,062,172. No claim is made to the exclusive right to use "professional" apart from the mark as shown. The name "Cristophe" in the mark identifies a living individual whose consent is of record. For 3-in-1 hair shampoos; baby hair conditioner; coloring preparations for cosmetic purposes; eyebrow colors; hair color; hair color removers; hair colorants; hair coloring preparations; hair conditioner; hair conditioners; hair conditioners for babies; hair rinses; hair shampoo; hair shampoos and conditioners; hair styling fixative in the nature of hair wax; hair styling gel; hair styling preparations; hair styling spray; shampoo-conditioners; shampoos; shampoos for babies; styling clay for hair; styling foam for hair; styling gels; styling lotions; styling mousse; styling paste for hair.

| Mrs. President USA | [77-907,624] | Mrs. President | 1-8-10 | 50, 51 & 52 | – – – |

No claim is made to the exclusive right to use "USA" apart from the mark as shown. For cosmetics, perfumery, essential oils for personal use, body lotions, body scrubs, body shimmers in the nature of body glitter, hair shampoo, hair conditioner, hair spray, hair detangling solutions being hair care preparations, hair treatment lotions being hair care preparations, facial masks, sunscreens, skin moisturizer, body shower gels, lip gloss, lipstick, blush, eyeshadows, mascara, eyeliner, foundation, compacts containing makeup, nail polish, nail polish remover, body powder, talcum powder in lotion form, hair lotions, dentifrices, perfumes, colognes, eau de toilette, body splash, aftershave.

| Mrs. President & Co. | [77-908,964] | Mrs. President | 1-11-10 | 50, 51 & 52 | – – – |

No claim is made to the exclusive right to use "and" apart from the mark as shown. For cosmetics, perfumery, essential oils for personal use, body lotions, body scrubs, body shimmers in the nature of body glitter, hair shampoo, hair conditioner, hair spray, hair detangling solutions being hair care preparations, hair treatment lotions being hair care preparations, facial masks, sunscreens, skin moisturizer, body shower gels, lip gloss, lipsticks, blush, eyeshadows, mascara, eyeliner, foundation, compacts containing makeup, nail polish, nail polish remover, body powder, talcum powder in lotion form, hair lotions, dentifrices, perfumes, colognes, eau de toilette, body splash, aftershave.

| Boobie Bling | [77-909,991] | Byalick, Ada | 1-12-10 | 50, 51 & 52 | – – – |

No claim is made to the exclusive right to use "boobie" apart from the mark as shown. For body glitter; face glitter; face and body glitter; glitter for cosmetic purposes.

| UNLTD. | [77-915,878] | IP Holdings | 1-20-10 | 50, 51 & 52 | – – – |

Owner of U.S. Reg. Nos. 2,978,103, 3,419,777 and others. For fragrances, personal deodorants, body lotions, aftershaves, soaps, body sprays, shower gels.

| Winter Apple | [77-917,665] | Pure & Natural | 1-22-10 | 50, 51 & 52 | – – – |

No claim is made to the exclusive right to use "apple" apart from the mark as shown. For antibacterial soap; hand soaps; liquid soaps; soaps for personal use.

| Miscellaneous Design | [77-940,989] | Planterria | 2-22-10 | 50, 51 & 52 | 12-23-2009 |

The color(s) black, white and gray is/are claimed as a feature of the mark. |the mark consists of a flower with five petals in white with detailing in the petals in shades of black and gray. For anti-aging creams; anti-wrinkle creams; face and body beauty creams, namely, creams and oils for cosmetic use and skin creams in liquid and solid form; face and body lotions, namely, skin and body topical lotions; hand creams; perfumes in solid and liquid form; skin moisturizer.

| Po Precious Ointment | [77-942,425] | Cain, Rolisha | 2-23-10 | 50, 51 & 52 | 2-23-2010 |

No claim is made to the exclusive right to use "ointment" apart from the mark as shown. For aromatherapy oils.

| Erotic Noire | [77-945,480] | Ilana Jivago | 2-25-10 | 50, 51 & 52 | – – – |

The English translation of "noire" in the mark is "black." For perfumes and fragrances.

| Hydroheel | [77-947,569] | Rietzsch, Lindsey & Rietzsch, Manuel | 3-1-10 | 50, 51 & 52 | 1-1-2010 |

For cosmetic preparations for skin renewal.

EXHIBIT _E-3_
PAGE _47_

August 23, 2010 "The Rose Sheet" 23

| Product Name | Trademark No./ [Serial No.] | Company | Filed Date [Published] | Class Nos. | First Use Date |
|---|---|---|---|---|---|
| Miscellaneous Design | [77-948,914] | Advanced Skin & Hair | 3-2-10 | 50, 51 & 52 | 10-15-1999 |

The mark consists of four strands of hair formed within a rectangle. For skin care products, namely, skin lotion, skin conditioner, body spray, body lotion, body oil, nonmedicated skin protectant lotion, sunscreen lotion, tanning lotion, body moisturizers, body creams, soap, liquid soap and nonmedicated skin care preparations; hair care products, namely, hair shampoo, hair conditioner, hair spray, hair tonic, hair coloring, hair relaxer, nonmedicated preparations for the scalp, nonmedicated scalp treatment and nonmedicated scalp cleanser; nail care products, namely, nail polish and nail polish remover; cosmetics, namely, lip gloss, lip color, nonmedicated lip balm, liquid hair remover, foundation, makeup remover and nonmedicated nail and skin cleanser.

| Product Name | Trademark No./ [Serial No.] | Company | Filed Date [Published] | Class Nos. | First Use Date |
|---|---|---|---|---|---|
| Beauty Key (Stylized) & Design | [77-948,940] | Beauty Key Cosmetics | 3-3-10 | 50, 51 & 52 | --- |

No claim is made to the exclusive right to use "beauty" apart from the mark as shown. The mark consists of "beauty key" and "three Chinese characters." The non-Latin characters in the mark transliterate to "bo bi ai" and this has no meaning in a foreign language. For all-purpose cleaners; aromatherapy body care products, namely, body lotion, shower gel, cuticle cream, shampoo, conditioner, nonmedicated lip balm, soap, body polish, body and foot scrub and nonmedicated foot cream; bath soaps; cosmetic preparations; facial cleansing milk; lipsticks; shining preparations; toothpaste.

| Product Name | Trademark No./ [Serial No.] | Company | Filed Date [Published] | Class Nos. | First Use Date |
|---|---|---|---|---|---|
| Oliver Ifergan Atelier | [77-951,000] | Ifergan, Oliver | 3-4-10 | 50, 51 & 52 | 1-1-2008 |

Owner of U.S. Reg. No. 3,504,772. No claim is made to the exclusive right to use "atelier" apart from the mark as shown. The name "Oliver Ifergan" identifies a living individual whose consent is of record. For hair treatment and styling products, namely, shampoo, conditioner, hair sprays, hair gels, hair creams, hair thickening control creams, hair mask, nonmedicated balms for use on hair and hair wax.

| Product Name | Trademark No./ [Serial No.] | Company | Filed Date [Published] | Class Nos. | First Use Date |
|---|---|---|---|---|---|
| Maximum Brow | [77-952,198] | Internatl. Cosmetics Associates | 3-5-10 | 50, 51 & 52 | --- |

Owner of U.S. Reg. No. 3,584,147. No claim is made to the exclusive right to use "brow" apart from the mark as shown. For eyebrow cosmetics.

| Product Name | Trademark No./ [Serial No.] | Company | Filed Date [Published] | Class Nos. | First Use Date |
|---|---|---|---|---|---|
| Jacara Therapeutic Skin Care (Stylized) & Design | [77-953,071] | Jacara | 3-8-10 | 50, 51 & 52 | --- |

No claim is made to the exclusive right to use "therapeutic skin care" apart from the mark as shown. The color(s) black and sage green is/are claimed as a feature of the mark. The mark consists of a profile of a woman in sage green with flowers and leaves outlined in black as the hair of the woman. Underneath the design of the woman is the wording "jacara therapeutic skin care" with a line over and under the wording "therapeutic skin care." For beauty creams for body care; exfoliants for skin; lotions for face and body care; lotions for skin; natural cocoa butter based personal care products, namely, body lotion, shower gel, soap, body polish, body and foot scrub and nonmedicated skin creams; nonmedicated balms for use on lip and skin; nonmedicated cosmetic skin care preparations consisting of organic coconut virgin oil and coconut virgin oil; nonmedicated herbal body care products, namely, body oils, salves and lip balms; skin care preparation, namely, body polish; skin care preparations, namely, body balm; skin cream; skin creams; skin creams in liquid and in solid form; skin lotions; skin masks; skin moisturizer; skin moisturizer masks; skin soap; soaps for body care.

| Product Name | Trademark No./ [Serial No.] | Company | Filed Date [Published] | Class Nos. | First Use Date |
|---|---|---|---|---|---|
| Le Kohl Pencil | [77-962,010] | L'Oréal | 3-18-10 | 50, 51 & 52 | 12-1-2003 |

Owner of U.S. Reg. No. 2,875,786. No claim is made to the exclusive right to use "pencil" apart from the mark as shown. Sec. 2(f). For eye pencils.

| Product Name | Trademark No./ [Serial No.] | Company | Filed Date [Published] | Class Nos. | First Use Date |
|---|---|---|---|---|---|
| Ecophoria | [77-962,454] | Field, Michelle | 3-18-10 | 50, 51 & 52 | --- |

For cosmetics and makeup.

| Product Name | Trademark No./ [Serial No.] | Company | Filed Date [Published] | Class Nos. | First Use Date |
|---|---|---|---|---|---|
| Cacee | [77-962,633] | Cacee | 3-18-10 | 50, 51 & 52 | 3-1-2009 |

For beauty creams for body care; beauty lotions; body and beauty care cosmetics; body butter; body cream; cleansing creams; cosmetic sun-protecting preparations; cosmetics and cosmetic preparations; false nails; nail care preparations; nail enamels; nail glitter; nail polish; nail tips; suncreams; sunscreen.

| Product Name | Trademark No./ [Serial No.] | Company | Filed Date [Published] | Class Nos. | First Use Date |
|---|---|---|---|---|---|
| Pure Elegance | [77-963,724] | Agustin Reyes | 3-19-10 | 50, 51 & 52 | --- |

Owner of U.S. Reg. No. 3,633,338. For bath gel; body lotion.

| Product Name | Trademark No./ [Serial No.] | Company | Filed Date [Published] | Class Nos. | First Use Date |
|---|---|---|---|---|---|
| Liphappiness | [77-964,734] | Aspire Brands | 3-22-10 | 50, 51 & 52 | --- |

For cosmetics; lip balms; lip gloss; lipsticks.

EXHIBIT E3
PAGE 40

24          **"The Rose Sheet"**          August 23, 2010

| Product Name | Trademark No./ [Serial No.] | Company | Filed Date [Published] | Class Nos. | First Use Date |
|---|---|---|---|---|---|
| CN Cartoon Network (Stylized) & Design | [77-964,752] | The Cartoon Network | 3-22-10 | 50, 51 & 52 | – – – |
| Owner of U.S. Reg. Nos. 3,124,575, 3,582,803 and others. For bubble bath, nail polish, hair shampoo, lip balm, breath freshening confectioneries, namely, breath mints, toothpaste, mouthwash, body lotions, soaps, cosmetics. | | | | | |
| Ecosoft | [77-965,218] | Micro Powders | 3-22-10 | 50, 51 & 52 | – – – |
| For personal care products, namely, cosmetics, facial cleansers and washes for the body in the nature of liquid soaps. | | | | | |
| Ecoscrub | [77-965,275] | Micro Powders | 3-22-10 | 50, 51 & 52 | – – – |
| For personal care products, namely, cosmetics, facial cleansers and washes for the body in the nature of liquid soaps. | | | | | |
| Noah's | [77-965,954] | Noah's Naturals | 3-23-10 | 50, 51 & 52 | – – – |
| For aromatherapy body care products, namely, body lotion, shower gel, cuticle cream, shampoo, conditioner, nonmedicated lip balm, soap, body polish, body and foot scrub and nonmedicated foot cream. | | | | | |
| Eye Power | [77-967,129] | Boom | 3-24-10 | 50, 51 & 52 | – – – |
| No claim is made to the exclusive right to use "eye" apart from the mark as shown. For eye cream, moisturizing cream, wrinkle removing cream, anti-aging cream, skin lightener, vanishing cream. | | | | | |
| Tune Up | [77-967,133] | Boom | 3-24-10 | 50, 51 & 52 | – – – |
| For skin care, firming creams and lotions, moisturizing creams and lotions, antiaging creams and lotions. | | | | | |
| Animale Lover | [77-967,273] | Animale Group | 3-24-10 | 50, 51 & 52 | – – – |
| Owner of U.S. Reg. Nos. 1,419,688, 3,329,976 and 3,489,134. The English translation of the word "animale" in the mark is "animal." For fragrances and perfumery. | | | | | |
| Animale Hot | [77-967,280] | Animale Group | 3-24-10 | 50, 51 & 52 | – – – |
| Owner of U.S. Reg. Nos. 1,419,688, 3,329,976 and 3,489,134. The English translation of the word "animale" in the mark is "animal." For fragrances and perfumery. | | | | | |
| The Perfume Spot | [77-967,533] | Perfumes World.com | 3-24-10 | 50, 51 & 52 | 4-15-2002 |
| No claim is made to the exclusive right to use "perfume" apart from the mark as shown. For perfumes and colognes. | | | | | |
| Scent Trail | [77-968,398] | Rippin Lips | 3-25-10 | 50, 51 & 52 | – – – |
| No claim is made to the exclusive right to use "scent" apart from the mark as shown. For hand cleaners. | | | | | |
| Blow Fresh | [77-968,429] | Lie-Nielsen, John | 3-25-10 | 50, 51 & 52 | – – – |
| For body powder. | | | | | |
| Ripe | [77-968,544] | Taylor, Joshua | 3-25-10 | 50, 51 & 52 | – – – |
| For aromatherapy body care products, namely, body lotion, shower gel, cuticle cream, shampoo, conditioner, nonmedicated lip balm, soap, body polish, body and foot scrub and nonmedicated foot cream; baby hand soap; bar soap; bath soaps; bath soaps in liquid, solid or gel form; body cream soap; cakes of toilet soap; cosmetic soaps; cream soaps; hand soaps; liquid bath soaps; liquid soaps; liquid soaps for hands and face; liquid soaps for hands, face and body; perfumed soaps; skin soap; soaps for body care; soaps for personal use; soaps for toilet purposes; toilet soaps. | | | | | |
| Dr. Leonard's Velvet Lift | [77-968,566] | Dr. Leonard's Healthcare | 3-25-10 | 50, 51 & 52 | 2-1-2010 |
| Owner of U.S. Reg. No. 1,818,850. The name "Dr. Leonard" does not identify a living individual. For wrinkle-removing skin care preparations. | | | | | |
| Salon Zuny's (Stylized) & Design | [77-968,634] | Salon Zuny's | 3-25-10 | 50, 51 & 52 | 12-1-2009 |
| No claim is made to the exclusive right to use "salon" apart from the mark as shown. The color(s) beige and dark blue is/are claimed as a feature of the mark. The color beige appears in the word "salon." The color dark blue appears in the word "zuny's." For hair conditioners; hair rinses; hair shampoo; hair shampoos and conditioners; shampoo-conditioners; shampoos. | | | | | |

EXHIBIT E3
PAGE 49

August 23, 2010                          "The Rose Sheet"                                    25

| Product Name | Trademark No./ [Serial No.] | Company | Filed Date [Published] | Class Nos. | First Use Date |
|---|---|---|---|---|---|
| Artisan | [77-969,159] | Huynh, Kevin | 3-26-10 | 50, 51 & 52 | 10-1-2008 |
| | For nail buffing preparations; nail care preparations; nail cream; nail enamel; nail enamels; nail glitter; nail grooming products, namely, tips, glue, lacquer and glitter; nail hardeners; nail polish; nail polish remover; nail polish removers; nail polish top coat; nail strengtheners; nail tips. | | | | |
| Twirl | [77-969,558] | Kate Spade | 3-26-10 | 50, 51 & 52 | – – – |
| | For body cream; body lotion; fragrances and perfumery; shower gel. | | | | |
| Kate Spade New York | [77-969,578] | Kate Spade | 3-26-10 | 50, 51 & 52 | – – – |
| | Owner of U.S. Reg. Nos. 2,064,708, 2,073,406 and others. No claim is made to the exclusive right to use "New York" apart from the mark as shown. The name "Kate Spade" identifies a living individual whose consent is of record. For body cream; body lotion; fragrances and perfumery; shower gel. | | | | |
| The Next Stage in Skin Science | [77-979,865] | Advanced Bionutritionals | 3-24-10 | 50, 51 & 52 | 6-7-2010 |
| | For skin care products, namely, nonmedicated skin preparations, facial and body cleansers, skin moisturizers, eye creams, facial masks, liquid soap for hand, face and body, skin soaps. | | | | |
| A Actyva | [78-517,253] | Internatl. Trademarks | 11-15-04 | 50, 51 & 52 | 10-29-1991 |
| | For shampoo, hair colors, hair care preparations, hair relaxing preparations, hair styling preparations, hair dressing, hair balms, hair sprays, hair gels, hair lotions, nonmedicated cosmetic hair poultice. | | | | |
| Miscellaneous Design | [79-067,465] | Eduard Gerlach | 3-20-09 | 50, 51 & 52 | – – – |
| | Owner of International Registration 0999277 dated 3-20-2009, expires 3-20-2019. The color(s) blue, white is/are claimed as a feature of the mark. The mark consists of a white footprint on a blue rectangular background. For soaps, essential oils, cosmetics, medicated soaps and foot bath salts; nail care preparations for nail repair; false nails; nail varnish remover, personal deodorants, antiperspirants for personal use; cleaning, polishing, scouring and abrasive preparations; preparations for the cleaning, care and conditioning of skin and nails, namely, skin and nail creams, skin lotions, lotions for strengthening the nails, body powder, face powder; topical cosmetic skin sprays. | | | | |
| L'heure Mysterieuse | [79-075,931] | Cartier Internatl. | 9-17-09 | 50, 51 & 52 | – – – |
| | Priority date of 3-26-2009 is claimed. Owner of International Registration 1021086 dated 9-17-2009, expires 9-17-2019. Owner of U.S. Reg. No. 3,708,882. The English translation of the foreign word(s) in the mark is: "the mysterious hour." For soaps for personal use, perfumery, essential oils, cosmetics, hair lotions. | | | | |
| Nivea For Men Menergy Invisible Rough (Stylized) & Design | [79-080,546] | Beiersdorf | 1-30-10 | 50, 51 & 52 | – – – |
| | Priority date of 12-18-2009 is claimed. Owner of International Registration 1033200 dated 1-30-2010, expires 1-30-2020. Owner of U.S. Reg. Nos. 321,882, 3,692,880 and others. No claim is made to the exclusive right to use "for men" and "invisible" apart from the mark as shown. The color(s) black, blue, silver, light purple, white and bronze is/are claimed as a feature of the mark. |the mark consists of the designation "nivea" in white letters on a blue rectangle above the words "for men" in blue letters on a shaded silver rectangle. Below these elements appears a silver rectangle with the designation "menergy" in silver letters on a black shaded rectangular area below which appears the word "invisible" in black letters. Bronze curved lines extend from all directions behind the silver rectangle and light purple rays appear on most of the background. The word "rough" in bronze letters appears at the bottom of the mark and the entire mark is displayed on a black background. For cosmetic preparations for body and beauty care. | | | | |
| Erbario Toscano (Stylized) & Design | [79-080,820] | Morina | 1-26-10 | 50, 51 & 52 | – – – |
| | Owner of International Registration 1033956 dated 1-26-2010, expires 1-26-2020. No claim is made to the exclusive right to use "erbario toscano" apart from the mark as shown. The mark consists of three stalks of a plant inside of a circle with an outer circle and the wording "erbario toscano" in the outer circle with a dot between the words "erbario" and "toscano" on each side. The English translation of the foreign word(s) in the mark is: "tuscan herbarium." For soaps; perfumes; essential oils; cosmetics; hair lotions; toothpaste; bath salts; cosmetic oils, namely, after-bath, balms and hair conditioners; shampoos; cosmetic milk; bath foam; bath essences, namely, bath herbs, bath beads; creams, namely, face and body cream. | | | | |

EXHIBIT E-3
PAGE 50

26                                    "The Rose Sheet"                              August 23, 2010

| Product Name | Trademark No./ [Serial No.] | Company | Filed Date [Published] | Class Nos. | First Use Date |
|---|---|---|---|---|---|
| Healthy Sun | [79-082,329] | Bourjois | 3-17-10 | 50, 51 & 52 | – – – |
| Priority date of 9-23-2009 is claimed. Owner of International Registration 1038019 dated 3-17-2010, expires 3-17-2020. For cosmetics. | | | | | |
| Endangered Species | [85-000,230] | Shapiro, Gerry | 3-28-10 | 50, 51 & 52 | – – – |
| For nonmedicated herbal body care products, namely, body oils, salves and lip balms. | | | | | |
| Var | [85-000,249] | Colburn, Alysha | 3-28-10 | 50, 51 & 52 | – – – |
| The English translation of "var" in the mark is "spring." For nonmedicated skin care preparations. | | | | | |
| Color Magnet | [85-000,940] | Kiss Nail Products | 3-29-10 | 50, 51 & 52 | – – – |
| No claim is made to the exclusive right to use "color" apart from the mark as shown. For artificial fingernail kits comprising artificial fingernails. | | | | | |
| Easy Squeeze | [85-000,954] | Kiss Nail Products | 3-29-10 | 50, 51 & 52 | – – – |
| For nail glue. | | | | | |
| DFR Beverly Hills (Stylized) & Design | [85-001,286] | Ryan, Frank | 3-29-10 | 50, 51 & 52 | – – – |
| No claim is made to the exclusive right to use "Beverly Hills" apart from the mark as shown. The mark consists of the initials "DFR" and the city name "Beverly Hills" within a circular seal. For nonmedicated cosmetics, namely, facial cleansers, facial exfoliators and facial toners; moisturizing and skin treatments in the form of skin creams, skin lotions, bath gels, skin peeling creams, facial masques and skin oils; hair care products, namely, shampoos and conditioners. | | | | | |
| Aaargh Matey! | [85-001,474] | Kneile, Robert | 3-30-10 | 50, 51 & 52 | – – – |
| For aftershave gel; after-sun gels; age retardant gel; aloe vera gel for cosmetic purposes; aromatherapy body care products, namely, body lotion, shower gel, cuticle cream, shampoo, conditioner, nonmedicated lip balm, soap, body polish, body and foot scrub and nonmedicated foot cream; aromatherapy evaporating shower balls; baby bubble bath; baby shampoo; bath and shower gels and salts not for medical purposes; bath beads; bath cream; bath crystals; bath fizzies; bath flakes; bath foams; bath gels; bath herbs; bath lotion; bath milks; bath oils and bath salts; bath pearls; bath soaps in liquid, solid or gel form; bathing lotions; beauty gels; bubble bath; dental bleaching gel; foam bath; gift baskets containing nonmedicated bath preparations and cosmetic preparations; hair gel and hair mousse; hair shampoos and conditioners; hair sprays and hair gels; liquid soap used in foot bath; nonmedicated bath preparations; nonmedicated bath salts; nonmedicated bubble bath preparations; nonmedicated skin care preparations, namely, creams, lotions, gels, toners, cleaners and peels; shaving gels; shower and bath foam; shower and bath gel; shower creams; shower gels; skin gels for accelerating, enhancing or extending tans; soap in the form of bath toys; suntan gel; tanning and after-sun milks, gels and oils; tooth gel; tooth whiteners for cosmetic purposes comprising neutral sodium fluoride sustained release gel; tooth whitening gels; toothpaste and mouthwashes. | | | | | |
| Adora | [85-001,606] | Sephora USA | 3-30-10 | 50, 51 & 52 | – – – |
| For colognes, perfumes and cosmetics. | | | | | |
| Liteclear | [85-001,642] | Nanomed Devices | 3-30-10 | 50, 51 & 52 | – – – |
| For cosmetics. | | | | | |
| Dr. Dennis Gross Skincare Topical Supplements | [85-001,760] | Gross, Dennis | 3-30-10 | 50, 51 & 52 | – – – |
| No claim is made to the exclusive right to use "skin care topical supplements" apart from the mark as shown. The name "Dr. Dennis Gross" in the mark identifies a living individual whose consent to register his name is presumed as he is the named owner of the mark. For cosmetic creams; cosmetic creams for skin care; eye cream; face and body beauty creams; face and body creams; face creams for cosmetic use; facial cream; lotions for skin care; nonmedicated skin creams; skin cleansing cream; skin cleansing lotion; skin cream; skin lotion; skin moisturizer; wrinkle-removing skin care preparations. | | | | | |
| BodyMine | [85-001,839] | Hoss Industries | 3-30-10 | 50, 51 & 52 | – – – |
| For cosmetic preparations. | | | | | |
| Bodytini | [85-002,418] | Olson, Michelle Toma | 3-30-10 | 50, 51 & 52 | – – – |
| For body and beauty care cosmetics; cosmetics in general, including perfumes. | | | | | |

EXHIBIT _83_
PAGE ___51_

August 23, 2010           **"The Rose Sheet"**           27

| Product Name | Trademark No./ [Serial No.] | Company | Filed Date [Published] | Class Nos. | First Use Date |
|---|---|---|---|---|---|
| Dermnew | [85-002,483] | Inventdean | 3-30-10 | 50, 51 & 52 | 6-9-2005 |

For cosmetic creams for skin care; cosmetic preparations for body care; cosmetics and cosmetic preparations; exfoliant creams.

| | | | | | |
|---|---|---|---|---|---|
| Clean & Clear | [85-002,994] | Johnson & Johnson | 3-31-10 | 50, 51 & 52 | --- |

Owner of U.S. Reg. Nos. 1,578,514 and 2,573,477. For body wash.

| | | | | | |
|---|---|---|---|---|---|
| Konad (Stylized) & Design | [85-003,008] | Konad | 3-31-10 | 50, 51 & 52 | 6-20-2005 |

The color(s) black and red is/are claimed as a feature of the mark. The mark consists of stylized letters of "konad" in black with red dot in the middle of the letter "k." For nail grooming products, namely, tips, glue, lacquer and glitter; nail polish; nail polish base coat; nail polish top coat; nail tips; nail varnish; nail varnish for cosmetic purposes.

| | | | | | |
|---|---|---|---|---|---|
| Peachy Keen | [85-003,897] | Product Innovations Research | 4-1-10 | 50, 51 & 52 | --- |

For skin care preparations, namely, nonmedicated indoor and outdoor tanning preparations.

| | | | | | |
|---|---|---|---|---|---|
| Miscellaneous Design | [85-006,903] | Summit Entertainment | 4-6-10 | 50, 51 & 52 | --- |

The mark consists of a circular tribal tattoo design depicting two wolves facing one another in a howling position, set amongst numerous interwoven lines and shapes and all within the circle. For artificial eyelashes, body shimmer powder, cosmetics, fragrances and nonmedicated lip balm; hair care products, namely, hair color remover, hair conditioner, hair dye, hair rinses, hair shampoo, hair waving lotion and nonmedicated hair care preparations; nail care products, namely, artificial fingernails, emery boards, nail decals, nail polish, nail polish base coat and nail polish top coat; skin care products, namely, aftershave lotion, anti-wrinkle cream, astringent for cosmetic purposes, bath gel, bath oil, bath powder, beauty masks, body cream, body lotion, bubble bath, depilatory creams, essential oils for personal use, eye cream, eye makeup remover, facial scrubs, hand cream, massage oil, shaving cream, shower gel, skin clarifiers, skin emollients, skin moisturizer, skin soap, sunscreen preparations and suntanning preparations.

| | | | | | |
|---|---|---|---|---|---|
| Laface By Lisa Alexander | [85-008,856] | Lisa C. Alexander | 4-7-10 | 50, 51 & 52 | --- |

The name shown in the mark identifies a living individual whose consent is of record. For after suncreams; aftershave creams; age spot reducing creams; anti-aging cleanser; anti-aging cream; anti-aging cream containing a retinoic ingredient not for medical purposes; anti-aging creams; anti-freckle creams; anti-wrinkle cream; anti-wrinkle creams; aromatherapy body care products, namely, body lotion, shower gel, cuticle cream, shampoo, conditioner, nonmedicated lip balm, soap, body polish, body and foot scrub and nonmedicated foot cream; aromatherapy creams; baby bubble bath; bath and shower gels and salts not for medical purposes; bath beads; bath cream; bath crystals; bath fizzies; bath flakes; bath foams; bath gels; bath herbs; bath lotion; bath milks; bath oils; bath oils and bath salts; bath oils for cosmetic purposes; bath pearls; bath powder; bath salts; bath soaps; bath soaps in liquid, solid or gel form; bathing lotions; beauty creams; beauty creams for body care; beauty serums; body cream; body cream soap; body creams; body mask cream; bubble bath; cleansing creams; cloths or tissues impregnated with a skin cleanser; cold cream; cold creams; compacts containing makeup; conditioners; cosmetic creams; cosmetic creams for skin care; cosmetic preparations, namely, firming creams; cosmetic products in the form of aerosols for skin care; cosmetic products in the form of aerosols for skin care; cosmetic products taken orally, namely, pills that induce bronzing of the skin; cosmetics and makeup; cream soaps; creams for cellulite reduction; cuticle cream; depilatory creams; essential oils for use in the manufacture of scented products; exfoliant creams; eye cream; eye makeup; eye makeup remover; face and body beauty creams; face and body creams; face creams; face creams and cleansers containing benzoyl peroxide for cosmetic purposes; face creams for cosmetic use; facial cleaning preparation, namely, salicylic acne cleanser not for medical purposes; facial cleansers; facial creams; facial makeup; fair complexion cream; fake blood; foam bath; foam cleansers for personal use; foundation makeup; gift baskets containing nonmedicated bath preparations and cosmetic preparations; hair care products; hair creams; hair products, namely, thickening control creams; hair removing cream; hand creams; lip cream; liquid bath soaps; liquid soap used in foot bath; makeup foundations; makeup removing preparations; makeup; makeup for the face and body; makeup foundations; makeup pencils; makeup powder; makeup preparations; makeup preparations for the face and body; makeup remover; makeup removing lotions; makeup removing milk, gel, lotions and creams; makeup removing milks; makeup removing preparations; massage creams; mineral salt in the nature of bath salts not for medical purposes; moisturizing creams; nail cream; natural cocoa butter-based personal care products, namely, body lotion, shower gel, soap, body polish, body and foot scrub and nonmedicated skin creams; natural mineral makeup; night cream; nonmedicated anti-aging serum; nonmedicated bath preparations; nonmedicated bath salts; nonmedicated bubble bath preparations; nonmedicated diaper rash cream; nonmedicated facial and eye serum containing antioxidants;

EXHIBIT ___E-3___
PAGE ___52___

| 28 | | "The Rose Sheet" | | | August 23, 2010 |

| Product Name | Trademark No./ [Serial No.] | Company | Filed Date [Published] | Class Nos. | First Use Date |
|---|---|---|---|---|---|
| | | | | | |

nonmedicated herbal body care products, namely, body oils, salves and lip balms; nonmedicated serums for use on face; nonmedicated skin care preparations, namely, creams, lotions, gels, toners, cleaners and peels; nonmedicated skin creams; perfumed creams; retinol cream for cosmetic purposes; scented body lotions and creams; shower and bath foam; shower and bath gel; shower creams; skin and body topical lotions, creams and oils for cosmetic use; skin care products, namely, nonmedicated skin serum; skin cleansers; skin cleansing cream; skin conditioning creams for cosmetic purposes; skin cream; skin creams; skin creams in liquid and in solid form; skin lightening creams; skin whitening creams; suncreams; sunscreen creams; wipes impregnated with a skin cleanser; wrinkle-resistant cream.

| Hempz Couture | [85-010,509] | Product Innovations Research | 4-9-10 | 50, 51 & 52 | - - - |

Owner of U.S. Reg. Nos. 2,675,046, 2,841,419 and 3,318,216. For hair care products, namely, shampoos, conditioners, hair styling gel, spray and mousse to control curls, hair styling gel, spray and mousse to boost curls, styling mousse, styling glue, firm hold hair spray and finishing spray.

| Milk Plus 6 | [85-013,685] | Product Quest Manufacturing | 4-14-10 | 50, 51 & 52 | - - - |

No claim is made to the exclusive right to use "milk" apart from the mark as shown. For hair shampoos, hair conditioners, hair styling preparations.

| Remarkable Recovery | [85-021,525] | Boom | 4-23-10 | 50, 51 & 52 | - - - |

For nonmedicated skin care creams and lotions.

| Just For Men | [85-022,757] | Combe | 4-26-10 | 50, 51 & 52 | 12-23-2009 |

Owner of U.S. Reg. Nos. 1,508,758, 3,171,120 and others. Sec. 2(f). For cosmetics, namely, two-in-one shampoo and conditioner.

| Just For Men (Stylized) & Design | [85-022,868] | Combe | 4-26-10 | 50, 51 & 52 | 12-23-2009 |

Owner of U.S. Reg. Nos. 1,508,758, 3,171,120 and others. The mark consists of the words "just for men" in stylized letters, enclosed within a substantially rectangular frame. Sec. 2(f). For cosmetics, namely, two-in-one shampoo and conditioner.

| Anti-Breakage Twist | [85-049,071] | L'Oréal USA Creative | 5-27-10 | 50, 51 & 52 | - - - |

Owner of U.S. Reg. No. 3,219,173. For hair styling preparation.

| EZ Glam | [85-049,403] | Kiss Nail Products | 5-27-10 | 50, 51 & 52 | - - - |

For hair coloring preparations and dyes.

## Marks Published For Opposition In More Than One Class

*Select trademark lists have been condensed.*

| Lügensteine | [77-078,998] | Petra Hubmann | 1-9-07 | 50, 51 & 52 | - - - |

Owner of ERPN CMNTY TM OFC Reg. No. 5195813, dated 5-31-2007, expires 7-13-2016. Owner of Fed. Rep. Germany Reg. No. 30604844, dated 6-6-2006, expires 1-31-2016. The foreign wording in the mark translates into English as "lying stones." For soaps, bath soaps in liquid, solid or gel form; cosmetic soaps; perfumery, synthetic perfumery; nonmedicated toiletries; essential oils; cosmetics, bath oils for cosmetic purposes; body and beauty care cosmetics; chalk for cosmetic use; cleansing creams; cocoa butter for cosmetic purposes; coloring preparations for cosmetic purposes; cosmetic balls; cosmetic creams; cosmetic milks; cosmetic oils; cosmetic pads; cosmetic pencils; cosmetic preparations for skin renewal; cosmetic preparations against sunburn; cosmetic preparations for body care; cosmetic preparations for eyelashes; cosmetic preparations for the care of mouth and teeth; cosmetic products in the form of aerosols for skin care; cosmetic rouges; cosmetic sun-protecting preparations; cosmetic suntanning preparations; hair care products, namely, hair care preparations; shampoos; hair lotions; dentifrices.

| Nanda | [77-225,029] | Kim, So-Hee | 7-9-07 | 50, 51 & 52 | - - - |

Priority claimed under Sec. 44(d) on Republic of Korea Application No. 2007-0001402, filed 4-7-2007, Reg. No. 0023204, dated 5-13-2008, expires 5-13-2018. For lipsticks; mascara; blusher; cosmetic suntanning preparations; eyeliner; eyeliner pencils; eyeshadow; foundation; face powder.

EXHIBIT 23
PAGE 53

August 23, 2010                             "The Rose Sheet"                                    29

| Product Name | Trademark No./ [Serial No.] | Company | Filed Date [Published] | Class Nos. | First Use Date |
|---|---|---|---|---|---|
| Luminess (Stylized) & Design | [77-558,158] | Luminess Cosmetics | 8-28-08 | 50, 51 & 52 | --- |
| Owner of U.S. Reg. Nos. 3,442,016 and 3,781,522. No claim is made to the exclusive right to use "air" apart from the mark as shown. The mark consists of the words "luminess air" superimposed on a butterfly design. For cosmetics, namely, lipstick, blush, rouge, eyeliner, makeup; fragrances for personal use. |||||||
| Osmotheque Le Conservatoire International Des Parfums (Stylized) & Design | [77-689,524] | Societe Francaise Des Parfumers | 3-12-09 | 50, 51 & 52 | --- |
| Owner of ERPN CMNTY TM OFC Reg. No. 006143275, dated 1-7-2009, expires 7-27-2017. No claim is made to the exclusive right to use "conservatoire International Des parfums" apart from the mark as shown. The mark consists of a stylized bottle containing the image of a woman and flowers and the wording "osmotheque le conservatoire International Des parfums." The English translation of "le conservatoire International Des parfums" in the mark is "international perfume academy." The term "osmotheque" has no meaning in a foreign language. For soaps for personal use; perfumery products, namely, perfumes, eau de toilette, cologne water; essential oils, cosmetics; hair lotions. |||||||
| DRxclusive (Stylized) | [77-717,247] | Crown Labs | 4-20-09 | 50, 51 & 52 | 9-16-2008 |
| The mark consists of "dr" with "xclusive" as a subscripted portion following the letter "r" and where the letter "x" is interconnected with the letter "r." For cosmetics; skin care products, namely, sunscreen creams, skin moisturizers and skin creams. |||||||
| Smooch Studio | [77-751,806] | Nicole M. Knight & Kendra L. Knight | 6-4-09 | 50, 51 & 52 | 3-15-2009 |
| No claim is made to the exclusive right to use "studio" apart from the mark as shown. For makeup, namely, custom formulated lipstick, lip gloss, foundation, concealers, special occasion makeup and bridal makeup; nonmedicated skin care preparations |||||||
| Creations De Main (Stylized) & Design | [77-800,800] | Creations De Main | 8-10-09 | 50, 51 & 52 | 6-1-2009 |
| The color(s) brown and blue is/are claimed as a feature of the mark. The mark consists of a brown fleur de lis forming a bumble bee shape with half circles of blue leaves on either side. Beneath the design appears the wording "creations de main" in brown stylized letters. The wording "creations de main" has no meaning in a foreign language. For bath and shower gels, bath lotion, bath oils and bath salts and bath soaps. |||||||
| Uvvie | [77-814,042] | 7029713 Canada | 8-27-09 | 50, 51 & 52 | --- |
| For cosmetics with ultraviolet protection. |||||||
| Miscellaneous Design | [77-823,510] | Seven For All Mankind | 9-10-09 | 50, 51 & 52 | --- |
| The mark consists of the following, the design is composed of a vertically oriented solid diamond supported by a solid chevron and two solid lines. For toiletries and cosmetics, namely, soaps for skin; hair shampoo; perfumes; body sprays; colognes; essential oils for personal use; cosmetics; hair lotions and body lotions. |||||||
| Blacksmith Brands | [77-836,031] | Blacksmith Brands | 9-28-09 | 50, 51 & 52 | --- |
| No claim is made to the exclusive right to use "brands" apart from the mark as shown. For personal care products, namely, bath soaps; hand lotions; shampoos; deodorants for personal use; denture cleaner; effervescent denture cleaner. |||||||
| Cashmeratex | [77-874,499] | Procter & Gamble | 11-17-09 | 50, 51 & 52 | --- |
| Priority claimed under Sec. 44(d) on Switzerland Application No. 588322009, filed 8-12-2009. For hair care preparations, namely, shampoos and hair conditioners; and nonmedicated hair scalp treatment preparations, namely, restructurizers and scalp conditioners. |||||||
| Blossom Organics | [77-891,330] | Jochim, Melissa | 12-11-09 | 50, 51 & 52 | --- |
| No claim is made to the exclusive right to use "organics" apart from the mark as shown. For organic personal care products, namely, aromatherapy lotions; aromatherapy oils; aromatherapy sprays; body lotion; cleansing creams; cosmetic creams; cream soaps; deodorants for personal use; essential oils; facial washes; hair conditioner; hair gel and hair mousse; hair oils; hand cream; liquid soaps for hands, face and body; massage oil; nonmedicated diaper rash ointments and lotions; nonmedicated preparations all for the care of skin, hair and scalp; nonmedicated skin care preparations; nonmedicated skin care preparations, namely, creams, lotions, gels, toners, cleaners and peels; perfumes; shampoos; skin moisturizer. |||||||

EXHIBIT E-3
PAGE 57

| Product Name | Trademark No./ [Serial No.] | Company | Filed Date [Published] | Class Nos. | First Use Date |
|---|---|---|---|---|---|
| U.T.H.E. | [77-929,186] | Jk North America | 2-5-10 | 50, 51 & 52 | – – – |
| For anti-wrinkle cream that stimulates the production of collagen. | | | | | |
| Mediceuticals | [77-931,157] | J. Cannon | 2-9-10 | 50, 51 & 52 | – – – |
| Owner of U.S. Reg. No. 932,375. For skin care products, namely, face creams, lotions and gels; skin masks; skin peels; skin cleansers; skin scrubs; nonmedicated skin care treatment, namely, cleansers, anti-bacterial creams, gels and lotions, lotions, toners, oils and moisturizers; nonmedicated skin care treatment preparations; anti-aging creams, lotions and gels; anti-wrinkle creams, lotions and gels; skin moisturizing creams, lotions and gels; foot creams and lotions; skin toners; bubble baths. | | | | | |
| EE Evie Evan (Stylized) & Design | [77-947,843] | Evie Evan | 3-1-10 | 50, 51 & 52 | 10-9-2009 |
| The name(s), portrait(s) and/or signature(s) shown in the mark does not identify a particular living individual. The mark consists of a backwards letter "e" back to back with a standard letter "e," both centered atop the lower case words "evie evan." For cosmetics. | | | | | |
| The Gr8 Date (Stylized) & Design | [77-953,206] | The Gr8 Date | 3-8-10 | 50, 51 & 52 | – – – |
| No claim is made to the exclusive right to use "the" or "date" apart from the mark as shown. The color(s) red, black and gray is/are claimed as a feature of the mark. The mark consists of writing in Kunstler script font of the word "the" in gray color followed by capital letter "g" in black color followed by non-capital letter "r" in black color followed by the number "8" in red color followed by the word "date" in black color with a heart drawing in gray color in the center of the mark crossing the letters "g" and "d"; the word "the" is written at smaller scale than the rest of the letters. For body and beauty care cosmetics; chalk for cosmetic use; cleaner for cosmetic brushes; cocoa butter for cosmetic purposes; colognes, perfumes and cosmetics; coloring preparations for cosmetic purposes; cosmetic balls; cosmetic creams; cosmetic creams for skin care. | | | | | |
| Rex (Stylized) & Design | [77-958,254] | Rex Discount | 3-12-10 | 50, 51 & 52 | 1-1-2008 |
| The mark consists of the word "rex" in stylized letters on an elongated oval background design. For hair bleaches. | | | | | |
| Kim (Stylized) & Design | [77-964,649] | Kimberly Kardashian | 3-22-10 | 50, 51 & 52 | – – – |
| The mark consists of a "kim" glyph comprising two stylized "k"s back to back, superimposed on the letters "i" and "am." For fragrances, cosmetics. | | | | | |
| Oday Shaker | [77-967,020] | Oday Shakar | 3-24-10 | 50, 51 & 52 | – – – |
| The name(s), portrait(s) and/or signature(s) shown in the mark identifies "Oday Shakar," whose consent(s) to register is made of record. The wording "Oday Shakar" has no meaning in a foreign language. For fragrances. | | | | | |
| OS (Stylized) & Design | [77-967,075] | Oday Shakar | 3-24-10 | 50, 51 & 52 | – – – |
| The name(s), portrait(s) and/or signature(s) shown in the mark identifies Oday Shakar, whose consent(s) to register is made of record. The mark consists of letters "o" and "s" which are slightly intertwined inside of and slightly connected to the bottom portion of a dynamic ring shape. For fragrances. | | | | | |
| The Next Stage in Skin Science | [77-967,557] | Advanced Bionutritionals | 3-24-10 | 50, 51 & 52 | – – – |
| For cosmetics; foot and cuticle care preparations, namely, moisturizers, scrubs, exfoliants and nonmedicated nail and cuticle serums. | | | | | |
| Icolor | [77-967,586] | Cristophe Schatteman | 3-24-10 | 50, 51 & 52 | – – – |
| For hair color; hair coloring preparations; hydrogen peroxide for use on the hair. | | | | | |
| Laserderm | [77-967,652] | Prevail | 3-24-10 | 50, 51 & 52 | 1-15-2007 |
| For (based on use in commerce) hair rinses and shampoo-conditioners for hair loss treatment. | | | | | |
| Skin@Peace | [77-967,953] | Cinco Vidas | 3-24-10 | 50, 51 & 52 | – – – |
| No claim is made to the exclusive right to use "skin" apart from the mark as shown. For cosmetics; soaps for personal use; hair lotions; makeup; nonmedicated skin care preparations; cosmetic preparations for body care; hair care, nail care and makeup preparations. | | | | | |

EXHIBIT  E-3
PAGE  55

| Product Name | Trademark No./ [Serial No.] | Company | Filed Date [Published] | Class Nos. | First Use Date |
|---|---|---|---|---|---|
| Arazine | [77-969,244] | Signum Biosciences | 3-26-10 | 50, 51 & 52 | – – – |
| For cosmetics and skin care products, namely, skin cream, skin moisturizer, antiaging cream, anti-irritation cream; antiwrinkle cream, lotion and gel; facial cleansing cream, lotion and gel; facial and body skin soothing cream, lotion and gel; cosmetic products, namely, makeup for the face and body. | | | | | |
| Patch Wrap | [79-068,136] | Moinlycke Health Care | 4-20-09 | 50, 51 & 52 | – – – |
| Owner of International Registration 1000916 dated 4-20-2009, expires 4-20-2019. No claim is made to the exclusive right to use "wrap" for International Class 5, apart from the mark as shown. For skin emollients. | | | | | |
| Zeitwunder (Stylized) & Design | [79-075,359] | Care Concept | 9-28-09 | 50, 51 & 52 | – – – |
| Owner of International Registration 1019415 dated 9-28-2009, expires 9-28-2019. The mark consists of the wording "zeitwunder" appearing below the stylized design of a key hole inside a circle. The wording "zeitwunder" has no meaning in a foreign language. For cosmetics, hair lotions, perfumery, ethereal oil. | | | | | |
| Oceau (Stylized) & Design | [79-075,566] | Le Porte Bonheur | 8-28-09 | 50, 51 & 52 | – – – |
| Owner of International Registration 1020019 dated 8-28-2009, expires 8-28-2019. The stippling is for shading purposes. The color(s) blue is/are claimed as a feature of the mark. The mark consists of the stylized wording "oceau" in blue. The wording "oceau" has no meaning in a foreign language. For cleaning, polishing, scouring and abrasive preparations; soaps; perfumery, essential oils, cosmetics, cosmetic creams for body care, cosmetic preparations for skin care, cosmetic creams for skin renewal, body creams, hair lotions; dentifrices. | | | | | |
| Prenatal (Stylized) & Design | [79-075,964] | Prenatal | 9-15-09 | 50, 51 & 52 | – – – |
| Priority date of 7-30-2009 is claimed. Owner of International Registration 1021207 dated 9-15-2009, expires 9-15-2019. Owner of U.S. Reg. Nos. 3,030,977 and 3,078,003. No claim is made to the exclusive right to use "prenatal" apart from the mark as shown. The color(s) fuchsia and green is/are claimed as a feature of the mark. The trademark consists of the wording "prenatal" in fancy block capital and small letters having in particular the part "natal" in fuchsia colour (213c) and the part "pre" in green colour (7490c) with a point of the same colour placed onto the letter e and a stylized heart in fuchsia colour (213c) which is placed into the letter "p." For soaps for personal use; perfumery, essential oils, cosmetics, hair lotions, dentifrices. | | | | | |
| Prenatal (Stylized) & Design | [9-075,965] | Prenatal | 9-15-09 | 50, 51 & 52 | – – – |
| Priority date of 7-30-2009 is claimed. Owner of International Registration 1021208 dated 9-15-2009, expires 9-15-2019. Owner of U.S. Reg. Nos. 3,030,977 and 3,078,003. No claim is made to the exclusive right to use "prenatal" apart from the mark as shown. The trademark consists of the wording "prenatal" in fancy block capital and small letters having in particular a point which is placed onto the letter "e" and a stylized heart which is placed into the letter "p." For soaps for personal use; perfumery, essential oils, cosmetics, hair lotions, dentifrices. | | | | | |
| Plantafresh | [79-079,748] | Pit Sußwaren-Und Nahrmittelfabrik; Hoffmann | 10-21-09 | 50, 51 & 52 | – – – |
| Owner of International Registration 1031031 dated 10-21-2009, expires 10-21-2019. For perfumery, essential oils; preparations and substances for body and beauty care, namely, body and beauty care cosmetics, deodorants for body care. | | | | | |
| FMA | [85-001,658] | Nanomed Devices | 3-30-10 | 50, 51 & 52 | – – – |
| For cosmetics. | | | | | |
| Miscellaneous Design | [85-002,098] | Howling Pig | 3-30-10 | 50, 51 & 52 | 7-20-2005 |
| The mark consists of a line drawing of a single sitting pig viewed from the back. The pig has its head raised and silhouetted against a full moon. The head of the pig eclipses the lower left quarter of the moon. The pig is sitting on a line of grass that forms the lower border of the drawing. For bar soap; body lotions; lip balm; perfumes and colognes; shaving soap; skin care preparations, namely, body balm. | | | | | |
| Shut The Flu Up | [85-002,323] | Kim, Woonghi | 3-30-10 | 50, 51 & 52 | – – – |
| For baby wipes; compounds for hands; disposable wipes impregnated with cleansing compounds for use on hands; premoistened cosmetic wipes; wipes impregnated with a skin cleanser. | | | | | |
| Veripur | [85-023,243] | Fusion Brands Internatl. | 4-26-10 | 50, 51 & 52 | – – – |
| For cosmetics and nonmedicated skin care preparations; anti-bacterial soaps. | | | | | |
| Aerie Color | [85-024,999] | Retail Royalty | 4-48-10 | 50, 51 & 52 | – – – |
| For eye makeup remover; nail polish. | | | | | |

EXHIBIT __E-3__
PAGE __56__

# In Brief

**CFSAN committee proposes dedicated cosmetics review:** Following a review of the Center for Food Safety and Applied Nutrition's research, support programs and regulatory activities, FDA's advisory Science Board and CFSAN Research Review Subcommittee have recommended that a separate review be conducted of the Office of Cosmetics. At Aug. 16 Science Board meeting in Bethesda, Md., discussion of the Office of Cosmetics was limited by time and lack of a cosmetics review "point person" since Larry Sasich of the Lake Erie College of Osteopathic Medicine and School of Pharmacy recently stepped down from his position as the Science Board's consumer representative, according to Science Board member Rhona Applebaum. While subcommittee is "impressed" with cosmetics office's collaboration with regulators in the EU, Canada and Japan through the International Cooperation for Cosmetics Regulation, it is not clear on regulatory framework for cosmetics in the U.S. and could use more information, particularly in light of recent questions raised by the Campaign for Safe Cosmetics. The Campaign is championing legislation, H.R. 5786, that would dramatically increase FDA's regulatory authority over cosmetics ("The Rose Sheet" July 26, 2010).

**Fragrance trends in 2010:** In its latest "trend report," Fragrance Foundation cites Givaudan's *iPerfumer* application for Apple's *iPhone* as example of emerging technology in the fragrance sector. The application, which can be downloaded for free, is billed as "a personal fragrance consultant in your pocket" that can help consumers pick out scents for themselves or loved ones. Fragrance Foundation notes that innovative technologies can help make perfume relevant to teens and tweens. Givaudan Marketing Director Maurizio Volpi said in a June release that "research shows that young people particularly are not becoming fragrance buyers, but they love technology" ("The Rose Sheet" June 5, 2010). According to the trend forecast, classic scents will continue to resonate with consumers, and industry stakeholders should "be on the lookout for more emphasis placed on the creation/craftsmanship as focus turns to the perfumer/creator," the group says. At the same time, celebrity scents "won't die," with momentum building around reality series celebrities, and brands themselves are "the new celebrities," the Fragrance Foundation suggests, as they increasingly connect with consumers via online social media.

**FiFi winners featured in malls:** FiFi Award-winning scents *Lola* by Marc Jacobs, Tom Ford *Grey Vetiver*, *ck one* by Calvin Klein, *Couture Couture* by Juicy Couture and *Bond No. 9* are being promoted this month with digital advertisements in malls nationwide. The Fragrance Foundation, which sponsors the awards, partnered with Adspace Digital Mall Network for the initiative, casting fragrance ads on a network of 1,400 digital eight-foot-tall billboards with 65-inch plasma screens. "The mall is of course a vital venue for us, and any time we can promote fragrance and interact with consumers in a meaningful way is very important to the Fragrance Foundation and the entire industry," Foundation President Rochelle Bloom says in Aug. 17 release.

**Optigenex/Promethean:** Hoboken, N.J.-based ingredient developer and New York manufacturer expand terms of their licensing deal, allowing Promethean to market ingestible and topical cosmeceutical products containing Optigenex's proprietary *AC-11* technology in broader markets worldwide, excluding Japan and Turkey. To date, Promethean has been largely restricted to North American distribution channels. "From the start last year, our company's association with Promethean and [its subsidiary] Ceres Living has been special. Finding a way to expand our interactions into something more akin to a product development and marketing partnership than a supplier-customer relationship was something we [identified as] a priority goal," says Optigenex President and CEO Daniel Zwiren. AC-11, extracted from the Uncaria tomentosa plant in the Brazilian rainforest, is touted as a unique ingredient that assists in the repair of DNA damaged by sun exposure and other factors. For five years, Optigenex supplied the active to the Estee Lauder Companies for use in its skin-care products ("The Rose Sheet" April 12, 2010).

**Personal-care product recalls:** CCA Industries recalls *Plus White* 5 Minute Bleach Whitening Gel manufactured by Aqubogue, N.Y.-based Altaire Pharmaceuticals. CCA initiated recall after learning of stability problem with the product, which has become liquefied. There are 142,196 units in circulation, according to FDA's July 21 enforcement report. Meanwhile, Convar Tec has issued recall for *Aloe Vesta* Cleansing Foam, manufactured by Medicia Holding, as bottles were filled with Aloe Vesta Perineal Skin Cleanser. Firm says 35,600 cases are in circulation nationwide. Toledo, Ohio-based Canberra Corporation is recalling its Osceola Perineal Solution with Aloe Vera as the product may be contaminated with bacteria Pseudomonas putida, according to Aug. 18 FDA enforcement report. Product was distributed in Florida.

Elsevier Business Intelligence Sales & Reprint Services
Contact Ken May at: 914-332-1419, or email: k.may@elsevier.com
For subscription information, call customer service at 800-332-2181 or 1-908-547-2159.

EXHIBIT E-3
PAGE 57

# EXHIBIT E-4

# WHAT'S HOT
## FALL BEAUTY

## The Eyes Have It

Award-Winning Formula Elite Serum contains clinically-tested pharmaceutical-grade Argireline®, Haloxyl®, Eyeliss and Hyaluronic Acid – *no prescription required.*
• Received a coveted A+ rating from industry authority EyeCream.com in May 2009. • Ranked as the #1 Eye Serum in the world with a score of 99/100 by EyeSerum.com. • Extremely rare A+ rating from the popular BestEyeCreams.com consumer blog.
• Awarded the "Best Eye Cream Award Winner" in 2009 by Eye Creams.com, beating out hundreds of competitors. • The most recommended under-eye treatment by the skin care professionals at SkinCareOpinions.com.

Elite Serum is scientifically designed to actively fight...
*Dark Circles under the eyes:* A recent clinical study by SeDerma® concluded that Haloxyl® reduces dark



circles under the eyes by 600%. This is the result of the proprietory way that Haloxyl® breaks down and flushes out of the eye area the toxin-formed pigmented blood that causes these dark circles to form.
*Wrinkles and fine lines around the eyes:* A well-attended double blind trial by Center Chem® demonstrated that in only 28 days, the subjects experienced an average of a 32% decrease in wrinkle depth when applying an Argireline® based cream.
*Eye Puffiness:* A clinical 3D morphometric study by SeDerma® has shown that subjects experienced a 70% reduction in eye puffiness and "bag" volume after applying a serum with a combination of Eyeliss with Haloxyl®.
Elite Serum also contains powerful anti-oxidants like Açai Berry and Resveratrol, along with the natural muscle tranquilizer GABA and ultra-hydrator Aloe Vera.
**www.eliteserum.com**

## InfiniteAloe® – Beauty Secrets

So lovely was Queen Cleopatra of Egypt that her beauty regimen was talked about for more than 2,000 years. What was her secret? A primary ingredient was Aloe Vera, well known by ancient healers to smooth, soften and give skin a youthful, radiant glow.

Cleopatra knew what science today is beginning to discover: that Organic Aloe Vera, along with essential oils and extracts will penetrate deep into the skin & moisturize, feeding your body with nutrients for skin that's baby soft and smooth.

Did you know Aloe Vera is one unique variety among more than 357 kinds of Aloe? Studies have shown its benefits for dry skin and as a healing agent for burns: its thick leaves contain a gel rich with vitamins and minerals as well as potent



anti-inflammatory and antiseptic properties.

Add to that soothing Chamomile extract. Chamomile has been used in topical creams since the early 1920s and several German clinical studies have proven it is effective to assist eczema.

These are just two of the many natural ingredients you'll find in InfiniteAloe® Skin Care. That's why we receive thousands of testimonials attesting to the results. We are grateful to add more beauty to this world and help people feel more comfortable in their own skin.

Visit us and learn more at **www.infinitealoe.com**; or try our product at the Glendale Mall; and, follow us on Twitter or FaceBook.

Give natural soothing care to the most beautiful part of YOU – YOUR SKIN.

## Purely Natural Skin Care Products

What you put on your skin is just as important as what you put into your body. Karen Girardo, founder of Just Naturals & Company, learned this lesson firsthand. Just Naturals & Company provides a complete line of face and body care products made entirely from botanicals, organic plant extracts, pure essential oils, and other all-natural ingredients that are good for your body, mind and spirit.

People with allergies and sensitive skin, rejoice, because there are no parabens, artificial coloring, synthetic fragrances, sodium laurel sulphates, petrochemicals or other harsh chemicals. All products are available scented or unscented.

Put on a healthy glow and promote younger looking skin with the hydrating power of Just Naturals facial line. Cucumber Toner, Eye Nourishing Cream, Anti-aging Serum and Antioxidant Face Cream work



naturally and synergistically to rejuvenate your face and bring about noticeable results. Pamper your skin with Mother Nature's finest ingredients while essential oils energize, uplift, or calm your spirits—you choose!

Daily skin lotions, exotic body butters and hand lotions quickly soothe, heal and protect dry, chapped skin. Deliciously rich, organic body soaps and shampoos work gently and effectively. Creamy, moisturizing foaming hand soaps fight bacteria naturally with essential oils and leave your hands smelling fantastic. Sweet orange and citrus oils scent the decadent Organic Dead Sea Salt and Turbinado Sugar Scrubs—a beautiful indulgence!

Everything you need for skin care, bath and body is offered at Just Naturals & Company. Visit them online at **www.justnaturalproducts.com** or visit their shop in Amherst, New Hampshire. 603-672-6900. Use coupon code YOGA, until December 31, 2009 for free shipping on your order of $65 of more.

EXHIBIT E4
PAGE 58

# EXHIBIT F

Inbox, [16] - thepatentof... ×   | Products
X
incare.com/products.aspx



| Products | Services | Gift Card | Testimonials | About Us | Contact Us | Location | My Cart |

**Login**

Email Address:

Password:
You will be prompted to enter your password on the next page

Go

Forgot Password?

New customer can register after Checkout.

**Search Site**

Go

**Shop by Brand**

Antica Farmacista
BiON
Cellcosmet
Elite
Guinot
iS Clinical
Luzern Laboratories
Matis
Skinceuticals
Sothys
Terme di Saturnia
Valmont

**Shop by Brand**

Select ... ▼

**Shopping Cart**

Elite Skin Care ® > Products

## Products

Elite Skin Care offers its own line of Elite Skin Care products in addition to featuring premier skin care products from Valmont Switzerland, Cellcosmet Switzerland, Luzern Laboratories, Guinot, iS Clinical, Terme di Saturnia, Matis Paris, Skinceuticals, Bion and Sothys.

We carry only high quality professional skin care products for the face, eye and body. We sell skin care products such as cleanser, toner, moisturizer, enhancer, exfoliant, mask, eye care and sun protection.

Please review our FAQ and Terms and Policies before making a purchase. By making your purchase, you agree to the terms and policies.



elite
skin care®

V
VALMONT

MATIS ·····



GUINOT
INSTITUT · PARIS



Terme di
SATURNIA

linea cosmetica termale

EXHIBIT _F_
PAGE _59_



# EXHIBIT G



# The safest and most effective alternative to Botox®

### Incredible scientific breakthrough in skin care technology makes wrinkles and fine lines disappear around your eyes!

The eyes are often described as "the windows to our soul" and can provide all sorts of information about our general health and wellbeing. The delicate skin around them is very thin and prone to puffiness and sagging so it requires special care beyond what a topical wrinkle cream can offer.

the advanced ingredients have received phenomenal reviews on:

     

The leading industry review site, EyeSerum.com, ranks Elite Serum™ as the #1 eye serum in the world, calling it "the undisputed champion amoung eye serums and creams...".

**Elite Serum™** is a proprietary blend of proteins and peptides combined with DNA precursors and antioxidants. It works quickly and directly to restore youthful looking eye contour on patients of all ages. **Elite Serum™** helps minimize the appearance of fine lines, dark circles, puffiness, and helps to improve tone and firmness around the eyes.

look how quickly **Elite Serum™** works to reverse the signs of aging!



"Elite Serum™ removed the dark circles under my eyes."Eva S Spokane, WA Age: 47





EXHIBIT G
PAGE 60

2/1/2011        Elite Serum™ - The safest and most effec...

"After 30 days the puffiness under my eyes is almost all gone."Cheryl K. Sacramento, CA Age: 72



"The instant I applied Elite Serum™, I could feel the 'crow's feet' around my eyes beginning to disappear."Linda T. Mobile, AL Age:64



What are the active ingredients in Elite Serum™?

**Elite Serum™** contains a very effective, highly concentrated dose of pharmaceutical-grade ingredients such as Argireline®, Haloxyl®, and Hyaluronic Acid however **NO PRESCRIPTION IS REQUIRED**.

## Argirilene®

Argirilene® is the brand name for Acetyl Hexapeptide-3. It is considered by experts to be the best needle-free alternative to botox. Argireline has been shown to reduce wrinkle depth, specially around the forehead and eyes. This was proven in a study published in the International Journal of Cosmetic Science in 2002. In this report, it was demonstrated that a cream containing 10% Acetyl Hexapeptide-3 used by healthy women volunteers reduced wrinkle depth up to 30 percent after 30 days of treatment.

In another study by Center Chem®, an open label-trial of 5% Acetyl Hexapeptide-3 cream applied twice daily on 10 women demonstrated a 27% improvement in periorbital rhytids after 30 days as measured by silicone replica analysis. Theoretically, this peptide may mimic the effects of botulinum toxin injections.

In only 15 days, 10 healthy women subjects received a wrinkle reduction of 17% while using a Argirilene® based cream.



After 28 days, the subjects experienced an average of a 32% decrease in wrinkle depth:

EXHIBIT G
PAGE 61

**0 Days**          **28 Days**

[Click here](#) to download the Argirilene® report from Center Chem®.

## Haloxyl®

Haloxyl®, also known as Palmitoyl Tetrapeptide-7, reduces puffiness and dark circles under the eyes. This peptide works by encouraging proper circulation in that area. Essentially, studies have proven that Haloxyl® reverses the fluid build up that naturally occurs when you sleep. Eyelid swelling is a common cause of puffiness and dark circles. Accordingly, when you lie down, gravity causes fluid to accumulate in your lower eyelids. Haloxyl® counteracts this effect by increasing the lymphatic drainage by 85% in clinical studies.

Furthermore, a recent clinical study by SeDerma® concluded that Haloxyl® reduces dark circles under the eyes by 600%. This is the result of the proprietory way that Haloxyl® breaks down and flushes out of the eye area the toxin-formed pigmented blood that causes these dark circles to form.

22 healthy subjects applied a moderate 2% concentration of Haloxyl® for 8 weeks, and received a 19% reduction in the dark colored circles under the eyes:

| Δb | | Δa | |
|---|---|---|---|
| b- (blue) | b+ (yellow) | a- (green) | a+ (red) |

|  | Δa | Δb |
|---|---|---|
| Variation | -12.5%* | +10%** |
| Rate of volunteers with improvement | 72% | 63% |
| Variation for volunteers with improvement | -19.5% | +19% |

*significatif / T0 (p<0,05) **significatif /T0 (p<0.01)

**HALOXYL 2%**                    **PLACEBO**

Red and blue colours of dark circles have decreased significantly by 19%

[Click here](#) to download the full Haloxyl® research report by SeDerma®.

## Hyaluronic Acid

Hyaluronic Acid is the key for maintaining water substances in human skin. Due to aging, natural Hyaluronan concentration in the skin decreases at an alarmingly increasing rate over time. Accordingly, the skins ability to maintain moisture is weakened, and it gives the appearance of being dry and rough.

When Hyaluronic Acid is applied back to the skin, it penetrates the dermis, combines with water, and promotes micro circulation and



EXHIBIT G
PAGE 62

nutrient absorption. It forms an air permeable layer, to keep the skin moist and smooth. The result is a rapid skin rejuvenation, diminishing the appearance of wrinkles, crows feet and other cosmetic signs of age around the eyes caused by sun exposure, smoking, stress, and other common factors.

This image illustrates the effects of a hyaluronic acid serum application to the eye area. Notice how the wrinkles around the eye virtually disappear.



[Click here](#) to download the full report on Hyaluronic Acid.

## How it all works...

A concentrated dose of the ultra-moisturizing Hyaluronic Acid helps to increase skin suppleness and fill delicate fine lines. Concurrently, the Argirilene® (Acetyl Hexapeptide-3), and the Hyloxyl® (Palmitoyl Tetrapeptide-7) work directly at the DNA level to revitalize collagen and fibronectin rejuvenation in the skin, previously lost due to aging.

It is this natural loss of collagen that causes the thinning skin and wrinkling that is normally associate with aging skin.

Newly designed and based upon the latest advanced dermatological discoveries, **Elite Serum™** helps to counteract this natural part of the aging process by REVERSING THE SIGNS OF AGING through the new science of DNA rejuvenation.

Features and benefits...

- Formulated with pharmaceutical-grade Haloxyl®, Argirilene® and Hyaluronic Acid.
- Includes GABA, a natural muscle relaxant produced in the body.
- Contains Acai Berry, a natural antioxidant rich anti-aging supplement.
- The finest Aloe Vera, for repairing and rejuvanating sun damaged skin.
- Significant concentration of the miracle anti-oxidant, Resveratrol.
- Scientifically advanced peptides cause DNA rejuvenation.
- Delivers youthful appearance around the eyes.
- Rapidly brings oxygen and nutrients to the eye area.
- Reduces the appearance of dark circles and puffiness.
- Diminishes the appearance of fine lines and wrinkles
- Works directly under and around the eye area within minutes.

- Ultra-lightweight and fast-absorbing application.
- Works on areas where Botox® solutions can not.
- A Cooling, toning sensation indicates that the serum is working.
- Designed as hypoallergenic, non-sensitizing and non-irritating.
- No animal testing or animal-derived ingredients used.



EXHIBIT G
PAGE 63

- Incorporates our patent-pending DNA Rejuvanation.
- Dermatologist Tested under strict laboratory conditions.
- Clinically Tested to be non-irritating by test subjects.
- Can be used in conjunction with other skin care products
- Ability to work alone as a powerful eye serum.
- Manufactured in the USA in an ISO 9002 Certified facility.



Permanent results in only 30 Days!

## The Revolutionary Formula

**Elite Serum™** has been consistently tested to be the most intensive anti-aging formula on the market today. Compare for yourself, as no other eye serum contains such a compelling mixture of marquee ingredients. All of which are instrumental in the fight against wrinkles, black circles and puffiness around the eyes.

The award-winning serum is contained in a 0.5 OZ frosted glass bottle. This is enough for a 45 day supply when following the enclosed usage directions. **Elite Serum™** is so powerful, that only a tiny drop needs to be dispensed for maximum effectiveness. The patent-pending applicator bottle that houses the serum is scientifically engineered for easy and even distribution from the pump to your fingertip, cutting out the guesswork normally associated with other serums.

The extra strength blend contains the an extremely potent concentration of pharmaceutical-grade hyaluronic acid, Argireline and Haloxyl®. This is the only formula on the market designed by scientists to work directly at the DNA level in order to reviatlize and rejuvenate lost collagen and fibronectin in the skin.

**Dermatalogical Specialist, Bradley J. Cohen, states;** *"Before Elite Serum™, nobody thought there was an effective non-surgical approach to eliminating wrinkles, puffiness and dark circles around the eyes."*

## What else is in Elite Serum™

In addition to the cosmeceutically inspired blend of Hyaluronic Acid, Argirilene® and Haloxy®, **Elite Serum™** contains a significant proprietary compound made up of Aloe Vera, Acai Berry, GABA and Resveratrol.



EXHIBIT G
PAGE 64

2/1/2011                                        Elite Serum™ - The safest and most effec...

**Aloe Vera** is a natural skin healer and hydrator that works wonders on stubborn areas around the eyes, like the 'crows feet' which are a particularly troublesome spot for most users. As one of the earth's most renowned moisturizers, it is known to go to work quick on fixing dry and damaged skin.



...ed as one of the foremost topical for anti aging. The amino acids and trace minerals that are found in ...ction and regeneration, this helps slow down the destructive effects to the skin which cause the signs



**GABA** often is referred to as the body's natural tranquilizer. It works fast to penetrate the sensitive skin around your eyes by relaxing the muscles. This has the effect of creating less skin tension in order to instantly reduce wrinkling.



**Resveratrol** is considered by many skin care professionals and scientists to be the leading anti-aging breakthrough of the decade. The subject of over 2000 research publications, this powerful anti-oxidant is an all-natural compound found commonly in grapes, and grape-derived products such as red wine. Resveratrol has become the star of anti-aging and cellular health studies worldwide. Accordingly, these same studies have shown that the anti-aging gene can actually be activated by resveratrol, a key ingredient in **Elite Serum™**.

## Resveratrol - The Anti-Aging Breakthrough

EXHIBIT _G_
PAGE _65_

Scientists Attempt to Control Aging Using Resveratrol... The simple fact that there are genes that control aging is really one of the most important discoveries in the last decade or more. Exciting, because the genes are activated by a red wine ingredient called resveratrol.

The end of Aging? At Stanford, researchers have reversed the aging of skin in mice, making the skin of older mice look and act like young skin, using Reveratrol.

Chateau Elan, a well-regarded Georgia spa, uses Resveratrol in their facial treatments and body wraps, acknowledging the antioxidant properties contained in grape seeds.

## Where is Elite Serum™ made?

**Elite Serum™** is manufactured in a state of the art 70,000 square foot facility in Miami, Florida. From the ISO 9002 laboratory to the production staff, all employees are all trained on GMPs, SOPs and all FDA rules and regulations. The facilities are subject to random inspection from the United States Food and Drug Administration, the State of Florida Health Department and the Department of Agriculture. Be very careful when buying skin care products on the internet, as many competitors specialize in 'homemade' concoctions, while they get an 'A for effort', would you really trust something on your skin that was mixed in a bucket in somebody's basement?

  

Order with confidence, knowing that **Elite Serum™** contains only the best FDA approved, pharmaceutical-grade skin care ingredients available in the United States.

EXHIBIT _E_
PAGE _66_

2/1/2011                          Elite Serum™ - The safest and most effec...

**Summer Special - Incredible Savings!**

Copyright © EliteSerum

Email Customer Support Here

EXHIBIT 6
PAGE 67

# EXHIBIT H

1/31/2011



## Products

Elite Skin Care offers premier skin care products
from Guinot, Cellcosmet, Sothys, Terme di Saturnia, Luzern Laboratories,
Sjal, Valmont Switzerland, Astara, Histomer and Skinceuticals.

We carry only high quality professional skin care products for the face, eye and
body. We sell skin care products such as cleanser, toner, moisturizer, enhancer,
exfoliant, mask, eye care and sun protection.

Not all the skin care products are being offered for sale on our website. If you do
not see the products you are interested on our website, please contact the salon.
We have the option to ship the products via UPS Ground service or U.S. Postal Office.
Free domestic standard shipping applies when order is over $100. Additional
charges will apply for UPS 2 Day Air service.

Please review our Terms and Policies before making a purchase.

**Search**

- Antica Farmacista
- BiON
- Cellcosmet Switzerland
- Guinot
- iS CLINICAL
- La Peau Switzerland
- Luzern Laboratories
- Matis
- SJAL
- Skinceuticals
- Sothys
- Terme di Saturnia Italy
- Valmont Switzerland
- Nature by Valmont
- Hair Repair by Valmont

**Products by Category**

**We now offer FREE standard shipping for orders over $100!**

Click image to verify

Voted Bay Area Best Aesthetician in San Mateo County

© Elite Skin Care 2009

EXHIBIT _4_
PAGE _68_

# EXHIBIT I

From: **The Facebook Team** <ip+5l5ny1@support.facebook.com>
Date: Fri, Oct 1, 2010 at 7:28 PM
Subject: Re: Fwd: Facebook Warning
To: tim@skinpro.com


Hi Tim,

Thanks for your email. As you know, we received a claim of alleged rights infringement regarding the removed content. Per Facebook's Statement of Rights and Responsibilities, users are prohibited from posting infringing content on the site.

If you believe that we have made a mistake in removing this content, then please contact the complaining party directly with the following information to resolve your issue:

Notice #: [192035076]
Contact Information:
Name - [Liza Wong]
Email - [sales@eliteskincare.com]

If both parties agree to restore the reported content, please ask the complaining party to contact us via email with a copy of the agreement so that we can refer to the original issue. We will not be able to restore this content to Facebook unless we receive explicit notice of consent from the complaining party.

Thanks for contacting Facebook,

Marissa
User Operations
Facebook

EXHIBIT _I_
PAGE _69_

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge J. Spencer Letts and the assigned discovery Magistrate Judge is Charles Eick.

The case number on all documents filed with the Court should read as follows:

## CV11- 1338 JSL (Ex)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

The United States District Judge assigned to this case will review all filed discovery motions and thereafter, on a case-by-case or motion-by-motion basis, may refer discovery related motions to the Magistrate Judge for hearing and determination

=================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |
|---|---|---|

Failure to file at the proper location will result in your documents being returned to you.

ORIGINAL

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

CENTRAL    District of CALIFORNIA

SKIN PRO INTERNATIONAL, INC., a company
incorporated in the State of FLORIDA

*Plaintiff*

v.

ELITE SKIN CARE, LLC, a CA limited liability
company; and LIZA WONG,

*Defendant*

)
)
)
)
)
)
)
)
)

CV11  01338  JSL (Ex)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

ELITE SKIN CARE, LLC, 800 South B Street, Suite 300, San Mateo, CA, 94401; and LIZA
WONG, 800 South B Street, Suite 300, San Mateo, CA, 94401.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are: JAMES A. ITALIA, ESQ.

ITALIA IP, INC.
3500 West Olive Avenue, Suite 300
Burbank, CA   91505
(818) 973-2720 (telephone)/ (818) 973-2702 (facsimile)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: February 11, 2011

**CHRISTOPHER POWERS**

*Signature of Clerk or Deputy Clerk*

AO-440

ORIGINAL

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .


I declare under penalty of perjury that this information is true.


Date: _____              _____

                                                          *Server's signature*

                                         _____

                                                          *Printed name and title*


                                         _____

                                                          *Server's address*

Additional information regarding attempted service, etc:

COPY

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

CENTRAL      District of CALIFORNIA

| | |
|---|---|
| SKIN PRO INTERNATIONAL, INC., a company incorporated in the State of FLORIDA | ) |
| _Plaintiff_ | ) |
| v. | ) |
| ELITE SKIN CARE, LLC, a CA limited liability company; and LIZA WONG, | ) |
| _Defendant_ | ) |

**CV11   01338   JSL   (Ex)**

Civil Action No.

### SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

ELITE SKIN CARE, LLC, 800 South B Street, Suite 300, San Mateo, CA, 94401; and LIZA
WONG, 800 South B Street, Suite 300, San Mateo, CA, 94401.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are: JAMES A. ITALIA, ESQ.

ITALIA IP, INC.
3500 West Olive Avenue, Suite 300
Burbank, CA   91505
(818) 973-2720 (telephone)/ (818) 973-2702 (facsimile)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

CLERK OF COURT
CHRISTOPHER POWERS

Date: February 11, 2011   _____

_____
_Signature of Clerk or Deputy Clerk_   A181

AO-440



COPY

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

CONFORM COPY

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| SKIN PRO INTERNATIONAL, INC., a company incorporated in the State of Florida, | ELITE SKIN CARE, LLC, a California limited liability company; and LIZA WONG, an individual. |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| James A. Italia, Esq., CA Bar # 212815<br>ITALIA, IP, INC.<br>3500 West Olive Avenue, Suite 300<br><br>Burbank, CA  91505<br>(818) 973-2720 | |

**II.  BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III.  CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV.  ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V.  REQUESTED IN COMPLAINT:   JURY DEMAND:** ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No  ☐ **MONEY DEMANDED IN COMPLAINT:** $ _____

**VI.  CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Infringement of trademark; false designation of origin; unfair competition and tortious interference with prospective economic advantage.

**VII.  NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE/ PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☒ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | **IMMIGRATION** | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety/Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS - Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

CV11  01338

**FOR OFFICE USE ONLY:** Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                          CIVIL COVER SHEET                          Page 1 of 2
CCD-JS44

CONFORM COPY

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

VIII(a).   IDENTICAL CASES: Has this action been previously filed in this court and dismissed, remanded or closed?   [X] No   [ ] Yes
If yes, list case number(s): _____

VIII(b).   RELATED CASES: Have any cases been previously filed in this court that are related to the present case?   [X] No   [ ] Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   [ ]   A.  Arise from the same or closely related transactions, happenings, or events; or
                              [ ]   B.  Call for determination of the same or substantially related or similar questions of law and fact; or
                              [ ]   C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
                              [ ]   D.  Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

IX.  VENUE:  (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
     [ ]   Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Florida |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
     [X]   Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | San Mateo |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
     Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles |  |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

X.  SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date  February 11, 2011
                                        James A. Italia, Esq.

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings
or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed
but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |